Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR06-5504RBL |
| v. | GOVERNMENT'S WITNESS LIST |
| CHARLES NOLON BUSH, | |
| Defendant. | |

The United Sates of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Arlen R. Storm, Assistant United States Attorney for said District, and Tyler R. Letey, Special Assistant United States Attorney for said District, hereby advises the Court, the defendant, and counsel that the government may call the following witnesses in the above-entitled case:

1. Judith Allison
2. Jason Bain
3. Cody Bly
4. Carrie Breed, IRS SA
5. William Brouillet, B&C Telecom
6. Steve Camp, Seattle Mariners
7. Joe Chard, Seattle Mariners
8. Wayne Collins, Collins Plumbing

Government's Witness List - 1
US v. Bush, CR06-5504RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | 9. | Richard Cox, Domestic International Consultants |
| 2 | 10. | Yvonne Crepeau |
| 3 | 11. | Jeff Cryder, Nu-Tech Building Co. |
| 4 | 12. | Raymond Donahue |
| 5 | 13. | Bridget Duffy, FBI Cart |
| 6 | 14. | Harrison Fagg |
| 7 | 15. | Donald Fisher |
| 8 | 16. | Bryan Fraisure, Fraisure Remodeling |
| 9 | 17. | David Franke |
| 10 | 18. | Gina Hasson, Seattle Mariners |
| 11 | 19. | Marianne Haukli, Touch of Health |
| 12 | 20. | Peter Hereld |
| 13 | 21. | Dorothy Hostetler |
| 14 | 22. | William Kerr |
| 15 | 23. | Joseph Ladley |
| 16 | 24. | Jason Luna |
| 17 | 25. | Andrew MacKay, DFI |
| 18 | 26. | Robert Mansueto |
| 19 | 27. | Suzie Marcelo-Ripley |
| 20 | 28. | Kenneth Marshall |
| 21 | 29. | Janice Marvel |
| 22 | 30. | Andrew MacKay, DFI |
| 23 | 31. | Greg McCormick |
| 24 | 32. | Josh McLaughlin |
| 25 | 33. | William Miertschin |
| 26 | 34. | John Morris |
| 27 | 35. | Mark Mueller, Bronze Edition Gallery |
| 28 | 36. | Jesse Munch |

Government's Witness List - 2
US v. Bush, CR06-5504RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | 37. | Michael O'Neill, Michael O'Neill Interiors |
| 2 | 38. | Darel Offet |
| 3 | 39. | Stan Pilkey, USPIS Analyst |
| 4 | 40. | Patty Rief |
| 5 | 41. | Starla Ryan |
| 6 | 42. | Trenton Schmatz, FBI SA |
| 7 | 43. | Lance Lopes, Seattle Seahawks |
| 8 | 44. | Robert Shaw, McPherson Shaw |
| 9 | 45. | Ajit Simha |
| 10 | 46. | Eugene Skinner, Customs and Border Patrol Officer |
| 11 | 47. | Douglas Stephan |
| 12 | 48. | Tammy Stuckey-Webb |
| 13 | 49. | Loreli Tarsiuk |
| 14 | 50. | David Velander |
| 15 | 51. | Van Vlist, Dick Vlist Motors |
| 16 | 52. | Edward Wallace, Harley Davidson |
| 17 | 53. | Tessie Waltman |
| 18 | 54. | Kara Montplaisir, BBC Dodge |
| 19 | 55. | Vicki Webster |
| 20 | 56. | Robert Werbick, Postal Forensic Computer Analyst |
| 21 | 57. | Clayton Wible, FBI SA |
| 22 | 58. | Tom Okeefe, Tully's Coffee Corporation |
| 23 | 59. | Melaine Tooley, ATT Wireless/Cingular Representative |
| 24 | 60. | Cathy Cartwright, Qwest Representative |
| 25 | 61. | Courtney Benscoter, Sprint Representative |
| 26 | 62. | Adam Jay, Wells Fargo Bank Representative |
| 27 | 63. | Jessica Haukos, US Bank Representative |
| 28 | 64. | Angela Salazar, Washington Mutual Bank Representative |

Government's Witness List - 3
US v. Bush, CR06-5504RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | 65. | Ruth Mizolak, Banner Bank Representative |
| 2 | 66. | Ed Garagedran, American Express Representative |
| 3 | 67. | Chere Golden, Mailbox, Etc. Representative |
| 4 | 68. | James Hollis, Mailbox, Etc. Representative |

DATED this 24th day of October, 2008.

JEFFREY C. SULLIVAN
United States Attorney

s/Arlen R. Storm
ARLEN R. STORM
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: arlen.storm@usdoj.gov

s/Tyler Letey
TYLER LETEY
Special Assistant United States Attorney
150 Israel Road Southwest
Tumwater, Washington 98501
Telephone: (360) 902-8823
Facsimile: (360) 902-0524
Email: tletey@dfi.wa.gov

Government's Witness List - 4
US v. Bush, CR06-5504RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

S/Jeanne Farnea
Jeanne Farnea
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3803
FAX:   253-428-3826
E-mail: Jeanne.Farnea@usdoj.gov

Government's Witness List - 5
US v. Bush, CR06-5504RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800