Judge Leighton

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )      NO.  CRO6-5504RBL
                                    )
        v.                          )      GOVERNMENT'S EXHIBIT LIST
                                    )
CHARLES NOLON BUSH,                 )
                                    )
                Defendant.          )
_____ )

15      The United States of America, by and through Jeffrey C. Sullivan, United States

16  Attorney for the Western District of Washington, Arlen R. Storm, Assistant United States

17  Attorney for said District, and Tyler R. Letey, Special Assistant United States Attorney

18  for said District, hereby advises the Court, the defendant, and counsel that the government

19  may seek to admit the following exhibits in the above-entitled case.

20  I.  Hulaman Management Services ("HMS") (November 1998 through September 1999)

21      1001.   Certificate of Incorporation for "Director of Cornerstone Institute,"
                identifying C. Nolon Bush as the Director of the Cornerstone Institute;
22              HMS an integrated auxiliary for fund raising purposes; MM as Secretary
                and GS as General Counsel, signed by Bush on January 12, 1999
23
24      1002.   Mailbox Etc., Normandy Park, WA, Service Agreement for PMB 511, in
                the name of  HMS, 23003 Marine View Drive, S. B101, dated  January 12,
                1999, and signed by MM; Application of Delivery of Mail through Agent;
25              and Driver's License for MM

26      1003.   Mailbox Etc., Port Orchard, WA, Service Agreement for PMB 276, in the
                name of HMS, dated Aug. 20, 1999, and signed by Bush; and Application
27              of Delivery of Mail through Agent

28

*HMS Telephone Records*

1004. ATT Wireless Subscriber Information for telephone number (206) 890-6931, established February 15, 1999, the name of School of Remedies at Law, GS, Director, Edmonds, WA; and Payment Information for February 16, 1999, to March 7, 2000

1005. Qwest account summary for telephone number (360) 871-1875 and associated number (360) 769-2770, established September 23, 1999, through August 22, 2002, in the name of Cornerstone Institute, with billing to HMS, Port Orchard, Washington, until June 29, 2000, and subsequent billing to Cornerstone Institute, PMB 276

1006. Qwest account summary for telephone number (360) 871-3812, and associated number (360) 434-6634, established August 12, 1999, through July 18, 2002, in the name of MM, with billing to MM, until August 3, 2000, with subsequent billing to Cornerstone Institute, MM, Director

*HMS Bank Records*

    *Washington Mutual Bank*

1007. HMS, 9115 236th St SW, Suite B, Edmonds, WA, Washington Mutual Bank, Trust Master Account Agreement, for Account #XXXX148-1, dated January 19, 1999, signed by C. Nolon Bush, Director, and Account Statements dated January 19, 1999, to April 13, 2001

1008. HMS - Charity Distribution Account, 17650 1st Ave S #511, Seattle, WA, Washington Mutual Bank, Trust Master Account Agreement for Account #XXX X307-0, dated April 19, 1999, signed by C. Nolon Bush, Director, and MM, Secretary, and Account Statements dated April 20, 1999, to September 20, 2000

1009. C. Nolon Bush and MM Washington Mutual Bank Individual Master Account Agreement for account #XXXX5007, dated June 20, 1996, signed by MM and C. Nolon Bush, and Account Statements dated January 4, 1997, to February 29, 2000

    *US Bank*

1010. HMS - Escrow Account, 17650 1st Ave. S, Seattle, WA, US Bank, Corporate Certificate of Authority for Account #XXXX0367, dated February 11, 1999, and naming C. Nolon Bush as signer; Exemption From Interest Reporting Non-Resident Alien or Foreign Entity Certification identifying HMS as a foreign corporation; and Account Statements dated February 11, 1999, to December 31, 2000,

1011. Director of the Cornerstone Institute, dba HMS, Account, 17650 1st Ave. S, Seattle, WA, US Bank, Corporate Certificate of Authority for Account #XXXX 0359, dated February 9, 1999, and naming C. Nolon Bush signer; Exemption From Interest Reporting Non-Resident Alien or Foreign Entity Certification identifying HMS as a foreign corporation; and Account Statements dated February 9, 1999, to December 31, 2000

GOVERNMENT'S EXHIBIT LIST - 2
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

*Photos of Premises*

1012. Photograph of MM's condominium, 23003 Marine View Drive S, #B-101, Seattle, WA

1013. Overhead view of View Park

1014. Photograph of front of View Park (34)

1015. Photograph of view of Seattle from View Park living room (40)

1016. Photograph of view of Puget Sound from outside house (33)

1017. Photograph of back of View Park (32)

1018. Photograph of View Park offices (27)

1019. Photograph of View Park outbuilding (29)

1020. Photograph of View Park tennis courts (24)

1021. Photograph of View Park golf course (25)

1022. Photograph of View Park golf course (43)

1023. Photograph of home near View Park (45)

1024. Photograph of home near View Park (46)

1025. Photograph of home near View Park (44)

II.. H.M.S. - Investors' Records - Ordered by Date of Initial Investment

*David Velander*

2001. Confirmation of Investment packet for HMS - investment in name of DV - including Hulaman Trust International Trust and Fiduciary Agreement, between Hulaman Trust and DV, signed by Bush, dated March 29, 1999, with attached Schedule A - Assets Delivered in Trust - Schedule B - Statement of Wishes.- Schedule C - Limited Power of Appointment - and Hulaman Trust Promissory Note, for investment of $100,000 (Rvsd 2/7/99)

2002. Account Statement for HMS - investment in name of DV - with last date listed as May 3, 1999, showing 25% dividend on April 30, 1999

2003. US Bank Check remitted by HMS, for $25,000, made payable to DV, - for investment in name of DV - and dated May 6, 1999

2004. Letter from DV, to TS, dated May 18, 1999, notifying HMS that wired $316,000, that will wire $89,000 tomorrow, and requesting new statement in name of Legal Ops

2005. Confirmation of Investment packet for HMS - in name of Legal Ops LLC - including Hulaman Trust International Trust and Fiduciary Agreement, between Hulaman Trust and DV, signed by Bush, dated May 21, 1999, with attached Schedule A - Assets Delivered in Trust - Schedule B - Statement of Wishes.- Schedule C - Limited Power of Appointment - and Hulaman

GOVERNMENT'S EXHIBIT LIST - 3
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

Trust Promissory Note, for investments of $316,000, and $89,000 (Rvsd 2/7/99)

2006. Letter from DV, to TS, dated May 28, 1999, notifying HMS that he had wired an additional $75,000 investment

2007. Confirmation of Investment packet including Schedule A - Assets Delivered in Trust - showing $75,000 investment, dated May 28, 1999, and HMS promissory for $75,000

2008. Letter from DV, to TS, dated June 2, 1999, instructing HMS to send $25,000 per month to Oakland, TN

2009. Confirmation of Investment packet including HMS promissory showing total investment of $405,000 on May 20, 1999

2010. Letter from DV, to TS, dated June 11, 1999, notifying HMS that he had wired an additional $45,000

2011. Confirmation of Investment packet including Schedule A - Assets Delivered in Trust - showing $45,000 investment, dated June 11, 1999, and HMS promissory note showing total investment of $45,000

2012. Letter from DV, to Bush, dated June 21, 1999, inquiring why $25,000 payment had not been made

2013. Letter from DV, to TS, dated July 6, 1999, notifying HMS that he had wired and additional $80,000 on June 30, 1999, and stating that expected to receive $131,250 this week

2014. Confirmation of Investment packet including Schedule A - Assets Delivered in Trust - showing $80,000 investment on June 30, 1999, and HMS promissory note showing total investment of $80,000

2015. Letter from DV, to Bush, dated July 7, 1999, requesting Bush to wire $131,250 to him

2016. Account Statement for HMS  - for Legal Ops - showing deposits of $316,000 on May 20, 1999, and $89,000 on June 7, 1999

2017. Letter from DV, to TS, dated July 14, 1999, informing HMS that he had wired an additional $100,000

2018. Letter from DV, to Bush, dated July 19, 1999, informing Bush that next payment should be $151,250, and inquiring when during month each of two payments would be made

2019. Letter from DV, to Bush, dated July 26, 1999, stating will be sending $80,000 this week and that confused by information received in Bahamas that trading program started on June 28, 1999, and that had another $80,000 to invest

2020. Letter from DV, to Bush, dated July 28, 1999, listing amounts not paid during last half of June and all of July, and stating that has "30 or so investors" and understands that Bush thinks "first flow" will occur on August 15

GOVERNMENT'S EXHIBIT LIST - 4
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

2021.  Letter from DV, to TS, dated July 30, 1999, notifying HMS that he had wired and additional $70,000

2022.  Letter from DV, to TS, dated August 2, 1999, notifying HMS that had not wired and additional $70,000 last Friday, but did wire $130,000 today

2023.  Letter from DV, to TS, dated August 19, 1999, instructing HMS that first half of August payment was to be $208,750, and requesting promissory notes for latest investments

2024.  Letter from DV, to Bush, dated September 2, 1999, informing Bush that wired $175,000 last week, bringing principal to $1,085,000, and that will arrive in Seattle on September 8, 1999

2025.  Letter from DV, to Bush, dated September 30, 1999, thanking Bush for update on structural changes at Hulaman, and requesting payments from June through October 1, for a total of $1,116,875 owed

2026.  Letter from DV, to Bush, dated October 18, 1999, stating that understands that there were no trades through August, and requesting payments from June through mid - October 1, for a total of $1,597,851

2027.  Letter from DV, to Bush, dated November 3, 1999, suggesting that Bush make four payments to him of $723,594 each

2028.  Letter addressed to Bush, from DV, dated November 16, 1999, suggesting that Bush make three payments to him of $866,042 each

2029.  Letter from DV, to Bush, dated January 3, 2000, stating that by December 31, 1999, only received $325,000, of $2,894,375 owed, and stating that one investor has requested return of his $100,000 investment

2030.  Letter from DV, to Bush, dated January 21, 2000, stating that Bush owed $2,865,625, and still needed $50,000 to "take out" investor discussed

2031.  Letter from DV, to Bush, dated February 3, 2000, stating that Bush owed $3,161,875, and "see you next week"

2032.  Letter from DV, to Bush, dated March 2, 2000, stating that Bush owed profits of $3,666,875, and requesting return of $1,010,000 in principal

2033.  Letter from DV, to Bush, dated June 20, 2000, stating that hope his recovery is under way and requesting return of reduced principal of $890,000

*Donald Fisher*

2034.  Introduction and Notice of Intent packet for HMS, including Inquiry letter; Letter of Intent, Memorandum of Understanding, and HMS Escrow Instructions, bearing fax date of April 20, 1999 (created 3/30/99)

2035.  Letter from Bush, faxed May 12, 1999, re "HMS Wire Instructions for Clients" for HMS Escrow Account, US Bank of Washington, account #XXXX0367, and stating that HMS will be calculating monthly account statements

GOVERNMENT'S EXHIBIT LIST - 5
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

2036. Notification fax from DF and CF, to TS, dated May 12, 1999, notifying HMS that had transferred $25,000 to HMS

2037. Confirmation of Investment packet for HMS including fax sheet referencing "signature and return of contract," dated June 2, 1999, to DF and CF, from TS, and attached Hulaman Trust International Trust and Fiduciary Agreement, with attached Assets Delivered in Trust, Statement of Wishes, Limited Power of Appointment, and Promissory Note (rev 2/7/99)

2038. Account Statement for HMS showing addition of 25% BEHYP deposits on June 15, 1999, and July 28, 1999

2039. Application packet for GDFS including Business Services Application - forms completed on December 27, 1999 (v3.0)

2040. Wire Transfer Request, dated January 6, 2000, directing bank to wire $1,350 to Bank Crozier, Grenada, for beneficiary GDFS account, account #XXXX1950

2041. US Bank confirmation of wire transfer, dated January 6, 2000, reflecting transfer of $1,350, from US Bank, Everett, WA, to Bank Crozier

2042. US Bank account statement for December 1999, to January 2000, reflecting transfer of $1,350, from US Bank, Everett, WA, to Bank Crozier

2043. Letter from DF, to HMS, directing that all funds be transferred to new financial management company

2044. Letter from Liberty International Bank & Trust to DF, dated June 7, 2000, notifying DF that as a customer of GDFS, a bank account has been opened, and accompanying envelope, reflecting letter mailed from San Diego, CA, to Everett, WA, on June 8, 2000

2045. Account Statement for GDFS showing balance on August 28, 2000, of $76,904.30, with profit sharing on December 30, 2000

2046. Account Statement for GDFS showing balance on September 26, 2000, of $76,904.30

2047. Account Statement for GFCU showing balance on November 28, 2000, of $192,260.75

2048. Website for Global Funding Credit Union stating that recently acquired HTCU and Liberty International Investments, printed on August 28, 2000

2049. Letter to Liberty International Bank requesting return of funds and $150,000 to be deposited into Mexico City Project headed by Nolan (sp) Bush, faxed March 15, 2001

2050. Email from SR, to DF, dated April 26, 2001, stating that "we are waiting for funds to be released from the investment in order to facilitate transfers"

2051. Letter from DF, to HMS, directing return of all funds

GOVERNMENT'S EXHIBIT LIST - 6
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

*Robert Mansueto*

2052. Introduction and Notice of Intent packet for HMS including Inquiry letter; Letter of Intent; Memorandum of Understanding, and HMS Escrow Instructions (created 4/19/99)

2053. Fax cover sheet, from LW, to RM, dated June 8, 1999, stating "Please find enclosed the bank coordinates for your wire transfer."

2054. Letter from Bush, dated May 26, 1999, re "HMS Wire Instructions for Clients" for HMS Escrow Account, US Bank of Washington, account #XXXX0367

2055. Wire Transfer Request, dated June 9, 1999, directing bank to wire $10,000 to US Bank, account #XXXX0367

2056. Letter from RM to LW, dated July 9, 1999, informing of enclosed check for $15,000, and attached $15,000 North Island Federal Credit Union cashier's check, no. 303632705, dated July 9, 1999, and made payable to HMS

2057. Confirmation of Investment packet for HMS including Hulaman Trust International Trust and Fiduciary Agreement, with attached Assets Delivered in Trust and Promissory Note (rev 2/7/99)

2058. Fax cover sheet, dated July 21, 1999, from TS, to RM, requesting that he sign and return Schedule A & retain note for your records and the attached cover sheet from RM, to TS, in reply

2059. Letter from RM, to TS, dated August 18, 1999, instructing TS to change account name from Irie Holding Company Trust to World Dental Association Credit Union, and requesting TS to fax him a copy of check due as had not received it yet in the mail

2060. Fax cover sheet, undated, from TS to RM, with attached Account Statement for HMS - showing addition of 25% BEHYP deposit of $3,125 on July 28, 1999

2061. Check no. 1106 made payable for $3,125.00, to Irie Holding Co. Trust, written on account #XXXX0359 opened in the name of HMS, dated August 13, 1999, signed by Bush

2062. Letter, dated August 19, 1999, from RM, to LW, informing that had wired an additional $15,000 to HMS

2063. Confirmation of Investment packet for HMS including Hulaman Trust International Trust and Fiduciary Agreement, with attached Assets Delivered in Trust, Statement of Wishes, Limited Power of Appointment, and Promissory Note (rev 2/7/99)

2064. Account Statement for HMS showing addition of 25% BEHYP on September 9, 1999

2065. Application packet for GDFS including letter, dated October 2, 1999, from LW, to RM, on GDFS letterhead, stating "Here is the paperwork you have been expecting. Please complete all of the documents following the instructions for processing."

2066. Confirmation of Investment packet for GDFS, dated December 14, 1999, with attached Contents of Operating Agreement, and Health Professional Credit Union Certificate Account, showing balance on November 30, 1999, of $81,374.21

2067. Resume for NSG, Attorney-at-Law

2068. Photo of Hornblower Cruise in San Diego, provided by RM

*Judith Allison*

2069. Introduction and Notice of Intent packet for HMS including Letter of Intent; and Memorandum of Understanding, signed by JA on July 30, 1999 (created 4/19/99)

2070. Cashier's check made payable for $7,000 to HMS, dated  July 29, 1999

2071. Wells Fargo Bank Official Check made payable for $8,000 to HMS, dated July 30, 1999

2072. Confirmation of Investment packet for HMS, including Hulaman Trust International Trust and Fiduciary Agreement, reflecting investment of $15,000 on August 1, 1999, and requesting redeposit of all profits

2073. Application packet for GDFS including Business Services Application and Due Diligence Application, and attached fax from LW to JA, dated October 3, 1999  - forms completed on August 1, 1999  (v1.1)

2074. Fax from JA, to HMS, cc: Grant & Associates, dated October 11, 1999, requesting HMS to release all funds

2075. Cashiers Check, dated October 12, 1999, and made payable to Grant & Associates for $1,350

2076. Confirmation of Investment packet for GDFS, including Hulaman Trust Credit Union Certificate Account, reflecting principal amount $23,437.50, on November 30, 1999

2077. Letter from Liberty International Bank & Trust to JA, dated March 8, 2000, notifying JA that as a customer of GDFS, a bank account has been opened

2078. Wire Transfer Request, dated May 11, 2000, directing bank to transfer $20,000 to Global Funding, account #XXXX0061, at Bank Crozier

2079. Wire Transfer Notification, dated May 11, 2000, notifying GDFS of $20,000 investment

2080. Account Statement for Global Funding Credit Union showing balance on March 15, 2001, of $123,803.13

*Darel Offet*

2081. Introduction and Notice of Intent packet for HMS, including Letter of Intent, dated August 25, 1999, reflecting initial investment of $40,000

GOVERNMENT'S EXHIBIT LIST - 8
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

2082. HMS Bank Wire Instructions, directing investors to wire investments to HMS Escrow Account, US Bank of Washington, account #XXXX0367

2083. Cashier's check made payable in the amount of $40,000.00 to HMS, #XXXX4998, dated August 24, 1999

2084. FedEx US Airbill, dated August 26, 1999, reflecting mailing from DO to Bush

2085. Confirmation of Investment packet for HMS, including Assets Delivered in Trust and Promissory Note, Schedule A, reflecting investment of $40,000 on August 25, 1999, and Hulaman Trust Promissory note, signed by Bush (Rvsd 2/07/99)

2086. Application packet for GDFS including Temporary Escrow Application and Instructions for Distribution of LLC Dividend Profits, with attached letter from PK, to DO, dated October 14, 1999  (v3.2)

2087. Receipt for purchase of $1,350 U-Lane-O Credit Union cashier's check, no. 408628722, made payable to Grant & Associates, dated October 21, 1999

2088. Account Statement for GDFS, dated November 5, 1999, showing 25% profit sharing of $10,806.45, for a total balance of $54,032.26

2089. Confirmation of Investment packet for GDFS, including Hulaman Trust Credit Union Certificate Account, issued November 30, 1999, reflecting a balance of $54,032.26

2090. Wire Transfer Request, dated February 15, 2000, instructing bank to wire $20,000 to Global Funding account, account #XXXX1819, at Bank Crozier

2091. Wire Transfer Notification Form dated February 15, 2000, notifying GDFS of $20,000 investment

2092. Account Statement for GFCU for January 2000, showing share certificate balance as $54,032.26 and 25% dividend disbursement (sp) of $14,048.39; and stating that account matures March 15, 2001

2093. Account Statement for GDFS , printed March 6, 2000, showing share certificate balance of $54,032.26, 25% dividend disbursement (sp) balance of $11,548.39 and holding account of $19,975.00

2094. Account Statement for GDFS, printed March 16, 2000, showing share certificate balance of $65,580.65 after reinvestment of dividend disbursement (sp), and $19,975.00 in holding account

2095. Account Summary for GFCU, dated November 7, 2000, showing share certificate balance of $213,889.13, and dividend disbursement (sp) balance of $128,333.48

2096. Joya de la Costa, an Emerald Resort, San Quintin, Baja Norte, Mexico, project overview, dated March 7, 2002

III.  Global Dominion Financial Services ("GDFS") Records (October 1999 through May 2000)

GOVERNMENT'S EXHIBIT LIST - 9
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

3001. Certified copy of Certificate of Formation and Articles of Organization for Inter-Caribbean Business Management (ICBM), LC, dated April 20, 1999, subscribed by REH of Nevis International Trust Company

3002. Certified copy of Articles of Incorporation and Articles of Organization for GDFS, dated September 24, 1999, subscribed by CS of Morning Star Holdings Limited

3003. Letter from CS, to CW, Registrar of Offshore Companies, dated September 24, 1999, advising that company will not engage in banking activities

3004. The Registrar of Companies, Financial Services Division, Nevis, Declaration of Involuntary Dissolution, dated October 1, 2001

3005. Mailbox Etc., Port Orchard, WA, Service Agreement for PMB 260, in the name of Hulaman Charities International, 23003 Marine View Drive, Suite B102, Des Moines, WA, dated November 3, 1999, and signed by YC; and Applications of Delivery of Mail through Agent dated November 3, 1999

3006. Applications of Delivery of Mail through Agent for From the Heart Foundation, dated January 1, 2000, April 28, 2000, and April 1, 2001 signed by YC

*GDFS Bank Records*

*Royal Bank of Canada, Bahamas*

3007. Euro Caribbean Management Services, P.O. Box N-1612, Nassau, Bahamas, RBC Dominion Securities New Account Application for account #XXXX8521, dated March 23, 1999, and signed by RD, and account statements dated May 31, 1999, to August 2002

3008. HMS Inc., Nassau, Bahamas, RBC Dominion Securities New Account application for account #XXXX4320, dated September 17, 1999, and signed by RD, and account statements dated September 30, 1999, to November 30, 1999

3009. GDFS Escrow Account, 1330 Orange Ave, Suite 220, Coronado, CA, RBC Dominion Securities New Account Application for account #XXXX5426, dated October 1, 1999, and signed by RD, and account statements dated October 29, 1999, to December 31, 1999

3010. GDFS Investment Account, 1330 Orange Ave, Suite 220, Coronado, CA, RBC Dominion Securities New Account Application for account #XXXX5327, dated October 1, 1999, and signed by RD, and account statements dated October 29, 1999, to November 30, 1999

3011. Global Dominion Financial Service Credit Cards Account, 1330 Orange Ave, suite 220, Coronado, CA, RBC Dominion Securities New Account Application for account #XXXX5525, dated October 1, 1999, and signed by RD, and account statements dated October 29, 1999, to November 30, 1999

GOVERNMENT'S EXHIBIT LIST - 10
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 450
Tacoma, Washington 98402
(253) 428-3800ff

*Bank Crozier, Grenada, Records for GDFS*

3012. Global Funding Account, Temple Building, suite 11, Charlestown, Nevis, Bank Crozier Corporate Account Application for Account #XXXX1819, dated September 29, 1999; Certificate of Formation, dated September 29, 1999, related documents; copies of passports for NGSJ; reply from CF dated October 8 1999, stating account #XXXX1819 had been opened and Account Statements dated January 28, 1999, to March 20, 2000; March 20, 2000, to September 26, 2000,  December 7, 1999, to August 19, 2002

3013. Global Funding Account Statements dated October 1, 1999, to November 9, 1999; February 21, 2000, to March 22, 2000; April 26, 2000, to May 11, 2000; and April 27, 2000, to May 22, 2000

3014. GDFS, Fax from N.S.J.on ICBM letterhead, to C.F., Bank Crozier, dated November 2, 1999, requesting that Bank Crozier open an account in the name of GDFS, and reply from C.F. dated November 3, 1999, stating account #XXXX1950 had been opened; and Account Statements for February 21, 2000, to March 22, 2000; April 5, 2000, to April 17, 2000; April 26, 2000, to May 11, 2000; and April 27, 2000, to May 22, 2000

3015. Global Dominion Investment Current Account, Bank Crozier letter acknowledging opening of account, dated December 22, 1999, for Account #XXXX2350, and Account Statement for February 21, 2000, to March 22, 2000

3016. Global Dominion Trust Services, Bank Crozier letter acknowledging Global Dominion Trust Services  account opened, dated September 14, 1999, for Account #XXXX1581; and account statements for September 1, 1999, to October 28, 1999

3017. Liberty International Investment Account, Bank Crozier account statements for Account #XXXX0271, dated January 1, 2000, to August 8, 2000

3018. Liberty International Trust Account, Bank Crozier account statements for Account #XXXX1412, dated January 1, 2000, to August 8, 2000, and January 30, 2002, to January 29, 2003

3019. Hulaman Charities International, Bank Crozier Corporate Account Application for Account #XXXX1591, dated September 13, 1999, Certificate of Formation, dated September 7, 1999, and related documents; and account statement for September 1, 1999, to October 28, 1999

*Bank of Nevis, Nevis*

3020. Inter-Caribbean Business Management, c/o Nevis International Trust, Bank of Nevis Account Statements for Account #XXXX5320, dated April 30, 1999, to March 31, 2002

3021. Inter-Caribbean Business Management, c/o Nevis International Trust, Bank of Nevis Account Statements for Account #XXXX4308, dated April 30, 1999, to May 31, 2002

*US Bank*

GOVERNMENT'S EXHIBIT LIST - 11
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

1     3022. HMS - From the Heart Foundation, US Bank Corporate Certificate of Authority for Account #XXXX6733, dated February 15, 2000, MM signer,

2     and Account Statements dated February 15, 2000, to September 30, 2000

3     3023. Letter from C. Nolon Bush to US Bank, dated September 12, 2000, closing HMS - From the Heart Foundation account, #XXXX6733, and requesting

4     funds be transferred into HMS Escrow account, #XXXX0367, and stating that account also shortly would be closed, with accompanying letter from

5     LT

6    IV.   GDFS - Investors' Records Ordered by Date of Initial Investment

7     *Cody Bly*

8     4001. Business card for RF

9     4002. Introduction and Notice of Intent packet for HMS, including Inquiry letter; Letter of Intent, and Memorandum of Understanding, bearing fax date of

10     September 8, 1999 (created 8/25/99)

11     4003. Application packet for Hulaman Trust Credit Union including Due Diligence Application; LLC Membership Application; and Escrow

12     Agreement, completed September 28, 1999

13     4004. Check made payable in the amount of $1,350, to Grant & Associates Trust Account, dated September 29, 1999

14

15     4005. UPS Waybill for shipment from CB, Cardston, Alberta, to HMS, c/o Grant & Associates, dated September 30, 1999

16     4006. Application packet for GDFS including Business Services Application and Due Diligence Application - forms completed on October 15, 1999 (v1.1)

17

18     4007. UPS Waybill for shipment from CB, Cardston, Alberta, dated October 18, 1999

19     4008. Cashier's check, #XXXX8986, made payable in the amount of $10,000.00, to CB, Royal Bank of Canada, re Global Financial Services, dated October

20     20, 1999

21     4009. Wire Transfer Notification, dated October 20, 1999, notifying GDFS of $10,000 investment (v1.1)

22

23     4010. Fax from CB, to NSG, dated October 28, 1999, with attached Instructions for Distribution of LLC Dividend Profits, electing to receive dividends instead of reinvesting as had earlier requested

24

25     4011. Fax from CB, to NSG, dated November 16, 1999, with attached copy of new passport

26     4012. Confirmation of Investment packet for GDFS, dated December 15, 1999, including Contents of Operating Agreement; and Hulaman Trust Credit

27     Union Certificate Account showing principal of $10,001, on November 30, 1999

28

GOVERNMENT'S EXHIBIT LIST - 12
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

4013.  Business card for C. Nolon Bush, Director, Hulaman Charities International, Charleston, Nevis

4014.  Chart provided by Bush to CB depicting growth of investment of $1,000,000, to $961,083,984, in four years

4015.  Business card for NSG

4016.  Resume for NSG

4017.  Account Statement for GDFS showing balance on January 13, 2000, of $10,000, with 25% dividend disbursement of $2,600

4018.  Wire Transfer Request, directing bank to transfer funds to Global Funding account, #XXXX1819, at Bank Crozier (v3.0)

4019.  Wire Transfer Notification, dated February 8, 2000, notifying GDFS of $5,473 investment (v3.0)

4020.  Fax from CB, to TF, dated February 2, 2000, directing to reinvest all dividends

4021.  Account Statement for GDFS, showing balance on February 24, 2000, of $10,000, with 25% dividend disbursement of $2,600, and holding account forward of $5,448

4022.  Wire Transfer Notification, dated February 25, 2000, notifying GDFS of $10,473 investment (v3.0)

4023.  Account Statement for GDFS, showing balance on March 6, 2000, of $10,000, with 25% dividend disbursement of $2,600, and holding account balance of $15,896

4024.  Letter from Liberty International Bank & Trust to CB, dated March 8, 2000, notifying CB that as a customer of GDFS, a bank account has been opened

4025.  Letter from GDFS, but signed by Global Funding Credit Union ("GFCU"), to clients, dated June 2, 2000, reminding investors that their money is tied up for 13 months

4026.  Account Statement for GFCU, showing balance on June 7, 2000, of $12,600, with holding account balance of $15,896

4027.  Website at Globaldominion.net, printed June 7, 2000, stating that GDFS merely facilitates investments

4028.  Account Statement for GFCU, showing balance on January 4, 2001, of $71,240

4029.  Email from CB, to SR, dated January 4, 2001, requesting funds be invested until March 15, 2001, thereby yielding 150% of investment

4030.  Email from SR, to CB, dated March 15, 2001, noting CB's request for "full withdrawal" of investment

*Greg McCormick*

4031. Letter from WCS, to GM, dated October 6, 1999, acknowledging that trust had been established

4032. Introduction and Notice of Intent packet for HMS, including Inquiry letter; Letter of Intent; and Memorandum of Understanding (created 4/19/99)

4033. Application packet for GDFS including Business Services Application and Due Diligence Application, and attached identification and letter of recommendation from Woodstone Credit Union - forms completed on November 5, 1999  (v2.5)

4034. Wire Transfer Notification, dated November 9, 1999, notifying GDFS of $8,000 investment

4035. Confirmation of Investment packet for GDFS, including letter dated March 17, 2000, and Contents of Operating Agreement; and Hulaman Trust Credit Union Share Certificate Account showing principal of $7,975 on December 1, 1999, and attached envelope bearing address of Charlestown, Nevis

4036. Letter from Liberty International Bank & Trust to GM, dated March 8, 2000, notifying GM that as a customer of GDFS, a bank account has been opened, and attached envelope bearing address of Charlestown, Nevis, and date of March 20, 2000

4037. Fax from GM, to LT, dated March 23, 2000, notifying GDFS that account balances incorrectly listed

4038. Email from Account Management, to GM, dated March 31, 2000, stating that "all your funds are in your share certificate account and are active"

4039. Account Statement for GDFS printout showing balance of $31,023.50, and "Interest Release" on November 3, 2000, of $46,535.25, printed November 5, 2000

4040. Account Statement for GDFS showing balance of $77,558.75, and "Interest Release" on November 3, 2000, of $46,535.25, and stating that share certificate account matures March 15, 2001, printed November 12, 2000

4041. Email from GM to GDFS, dated November 12, 2000, complaining that had not received 25% dividends and that maturity dates had been continued

4042. Email from SR, to GM, dated August 2, 2001, stating that GM's LLC due for renewal, and that fee is $1,000

4043. Email from SR, to GM, dated August 8, 2001, stating that have not been able to take the renewal fee from existing account as GM requested

4044. Account Statement for GDFS showing balance of $86,284.11, printed August 31, 2001

4045. Email from KD, to GM, dated June 29, 2002, confirming that funds had been transferred and that Bush was waiting for bank to release them

4046. Email from KD, to GM, dated July 27, 2002, confirming that Bush had passed the latest banking hurdle

*Dorothy Hostetler*

GOVERNMENT'S EXHIBIT LIST - 14
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

4047.  Application packet for GDFS including Business Services Application and Due Diligence Application - forms completed on December 1, 1999 (v2.6)

4048.  Wire Transfer Request, dated December 10, 1999, directing bank to wire $25,064 to Global Funding account, account #XXXX0202, at Bank Crozier

4049.  Wire Transfer Notification, dated December 10, 1999, notifying GDFS of $25,064 investment

4050.  Confirmation of Investment packet for GDFS, including Hulaman Trust Credit Union Certificate Account showing principal on   December 7, 1999, of $25,039

4051.  Account Statement for GDFS showing balance of $25,039

4052.  Account Statement for GDFS showing balance of $62,597.50

*William Miertschin*

4053.  Application packet for GDFS including Business Services Application and Due Diligence Application - forms completed on January 25, 2000 (v3.0)

4054.  Health Professional Credit Union Terms and Conditions, completed January 25, 2000

4055.  Wire Transfer Request, dated January 26, 2000, directing bank to transfer $3,350 to Bank Crozier, Account #XXXX1950 (v3.0)

4056.  Wire Transfer Request, dated January 26, 2000, directing bank to   transfer of $105,102 to Bank Crozier, Account #XXXX1819 (v3.0)

4057.  Confirmation of Investment packet for GDFS, including letter dated March 6, 2000, and Contents of Operating Agreement; and Health Professional Credit Union Share Certificate Account showing principal of $105,077 on March 6, 2000

4058.  The Global Dominion Quadrant chart

4059.  The Power of Compounding chart, depicting growth of $100,000 investment

4060.  Letter from NGSJ, at GDFS, to CK, dated November 27, 2000, offering 150% on each account remaining until March 15, 2001

4061.  Letter from WM, to NGSJ, at GDFS, dated December 8, 2000, rejecting offer of  150% on each account remaining until March 15, 2001

*Raymond Donahue*

4062.  Application packet for GDFS including Business Services Application and Due Diligence Application; attached fax sheet dated January 27, 2000; and attached Fed Ex Airbill dated January 27, 2000 - forms completed on January 27, 2000  (v2.6)

4063.  Fax with attached Wire Transfer Instructions from LW, dated February 17, 2000

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

4064. Checks to PNWB made payable for $1,387.50 and $25,104, for wire transfers

4065. Wire Transfer Request, dated January 27, 2000, directing bank to wire $1,375 to GDFS account, account #XXXX1950, at Bank Crozier

4066. Wire Transfer Notification, dated January 26, 2000, notifying GDFS of $1,375 application fee submission

4067. Wire Transfer Request, dated January 31, 2000, directing bank to wire $25,092 to GDFS account, account #XXXX1819, at Bank Crozier

4068. Wire Transfer Notification, dated January 27, 2000, notifying GDFS of $25,092 Investment

4069. Confirmation of Investment packet for GDFS, including letter dated March 9, 2000, and Contents of Operating Agreement; and Hulaman Trust Credit Union Share Certificate Account showing principal of $25,067 on February 10, 2000, and attached envelope bearing address of Charlestown, Nevis

4070. Letter from Liberty International Bank & Trust to RD dated March 8, 2000, notifying RD that as a customer of GDFS, a bank account has been opened, and attached envelope bearing address of Charlestown, Nevis, and date of March 10, 2000

4071. Account Statement for GDFS showing balance of $25,067, printed October 27, 2000

4072. Email from SR, to RD, dated November 13, 2000, confirming request to withdraw proceeds rather than leave invested until March 15, 2001

4073. Account Statement for GDFS showing balance of $62,667.50, printed November 20, 2000

4074. Account Statement for GDFS showing balance of $62,667.50, printed February 19, 2001

4075. Account Statement for GDFS showing balance of $62,667.50, printed April 13, 2001

4076. Account Statement for GDFS showing balance of $69,717.59, printed September 26, 2001

*John Morris*

4077. Application packet for GDFS including Business Services Application and Due Diligence Application, and attached cover page from LW, to JM, dated February 22, 2000 - forms completed February 26, 2000 (v3.2)

4078. Wire Transfer Instructions, dated March 13, 2000, directing bank to wire $3,400 to GDFS account, account #XXXX1951, at Bank Crozier

4079. Wire Transfer Instructions, dated March 13, 2000, directing bank to wire $25,000 to Global Funding account, account #XXXX1811, at Bank Crozier

GOVERNMENT'S EXHIBIT LIST - 16
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

4080. Confirmation of Investment packet for GDFS, including Hulaman Trust Credit Union Share Certificate Account showing principal on March 13, 2000, of $24,990

4081. Letter from Liberty International Bank & Trust to JM, dated April 27, 2000, notifying JM that as a customer of GDFS, a bank account has been opened

4082. Excerpts of tape recording of conversation between JM and LW

4083. Transcript of tape recording excerpts

4084. Excerpts of tape recording of conversation between JM and LW

4085. Transcript of tape recording excerpts

*Ken Marshall*

4086. Application packet for GDFS including Business Services Application and Due Diligence Application - forms completed February 3, 2000 (v3.0)

4087. Wire Transfer Notification, dated February 4, 2000, notifying GDFS of $1,350 application fee submission

4088. Wire Transfer Request, directing bank to wire $200,548 to Global Funding, account #XXXX0061 (v3.3)

4089. Wire Transfer Request, directing bank to wire $800,000 to Global Funding, account #XXXX0061 (v3.3)

4090. Wire Transfer Notification, dated April 13, 2000, notifying GDFS of $1,000,548 investment wired to Global Funding account, #XXXX0061 (v3.3).

4091. FedEx mailing label, dated April 12, 2000, addressed to "Ajit" at GDFS, Charleston, Nevis with attached GDFS Escrow Funds Agreement, dated April 11, 2000, for investment of $1,000,548

V.  Cornerstone Institute ("CI") Records (June 2000 through January 2002)

5001. Certificate of Incorporation for "Director of From the Heart Foundation," and Articles of Incorporation identifying MM as the Director of the Director of From the Heart Foundation; C. Nolon Bush as Clerk, and GS as Registered Agent, signed by MM on May 15, 2000

5002. Mailbox Etc., Port Orchard, WA, Service Agreement for PMB 250, Millennium Development, dated January 29, 2001, and signed by MM, Director; Applications of Delivery of Mail through Agent dated January 29, 2001; and copy of MM's identification

5003. Sprint account summary for telephone number (360) 649-5530, established January 9, 2002, through August 19, 2002, in the name of Cornerstone Institute, Port Orchard, and Billing Information dated August 11, 2002, showing last call of July 14, 2002

GOVERNMENT'S EXHIBIT LIST - 17
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

*CI Bank Records*

 *US Bank*

5004. Cornerstone Institute Escrow Account, US Bank Corporate Certificate of Authority, dated May 15, 2000, C. Nolon Bush signer; Certificate of Existence of Director of the Cornerstone Institute; Certificate of Foreign States as Beneficial Owner for United States Tax Withholding; and Account Statements for Account #XXXX7528, dated May 23, 2000, to June 30, 2003

5005. Letter from LT to US Bank, dated September 18, 2000, requesting deposit of final "old" check and closing HMS - From the Heart Foundation account, #XXXX6733

5006. From the Heart Foundation MT, US Bank Corporate Certificate of Authority for account #XXXX6560, dated June 18, 2001, C. Nolon Bush and MM signers; and Account Statements dated June 19, 2001, to August 31, 2003

5007. Cornerstone Institute, US Bank Corporate Certificate of Authority, dated May 15, 2000, C. Nolon Bush signer; and Account Statements for Account #XXXX7510, dated May 23, 2000, to November 30, 2003

 *Banner Bank*

5008. From the Heart, C/O Remedies at Law, First Savings Bank of Washington Generic Signature Card for account 5716, dated August 11, 2000, MM and GS signers, and Account Statements dated August 31, 2000, to June 30, 2003

5009. Cornerstone Inst, C. Nolon Bush, Glenn Stoll, LT, Banner Bank Account Application for account #XXXX6119, dated January 24, 2001, C. Nolon Bush, GS and LT singers, and Account Statements dated February 28, 2001, July 31, 2003

5010. Cornerstone Inst dba Millennium Development, Banner Bank Account Application for account #XXXX7213, dated February 5, 2001, C. Nolon Bush, MM and GS signers, and Account Statements dated February 28, 2001, to September 30, 2003

VI. CI - Investors' Records

 *David Franke*

6001. Application packet for Marina Pacific International Credit Union, including Business Services Application and Due Diligence Application - with attached fax cover sheet from World Management Solutions, to DF, sent April 17, 2001 (v3.3)

6002. Cabo San Quintin Baja, Mexico, Executive Summary

6003. Check made payable in the amount of $15,000 to Cornerstone Institute, dated April 20, 2001, on the account of NF

GOVERNMENT'S EXHIBIT LIST - 18
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

6004.  Check made payable in the amount of $10,000 to Cornerstone Institute, dated April 20, 2001, on the account of NF

6005.  Wire Transfer Instructions, directing bank to wire $25,000 to Cornerstone Institute Escrow Account, account #XXXX7528 (v3.3)

6006.  Wire Transfer Notification, dated April 19, 2001, notifying MPICU of $25,000 investment wired to Cornerstone Institute Escrow Account, account #XXXX7528 (v3.3)

6007.  Wire Transfer Instructions, directing bank to wire $20,000 to Cornerstone Institute Escrow Account, account #XXXX7528 (v3.3)

6008.  Wire Transfer Notification, dated April 20, 2001, notifying MPICU of $20,000 investment wired to Cornerstone Institute Escrow Account, account #XXXX7528 (v3.3)

6009.  Bank of the Cascades confirmation of wire transfers for $20,000, and $25,000, on April 20, 2001, and April 23, 2001, respectively, reflecting transfer of funds from Bank o the Cascades, Oregon, to US Bank, Seattle, Washington

6010.  Confirmation of Investment packet for Marina Pacific International, including letter, Thyme Springs Management, LLC, Organized May 21, 2001, and Contents of Operating Agreement; Marina Pacific International Certificate Account issued on April 19, 2001, showing principal of $25,000 as of June 28, 2001; and Marina Pacific International Certificate Account issued on April 23, 2001, showing principal as $20,000 as of July 17, 2001

6011.  Account Statement for Marina Pacific, showing balance of $62,500, with dividend of 150% on June 15, 2001

6012.  Account Statement for Marina Pacific, showing balance of $112,000, with dividend of 150% on June 15, 2001

6013.  Email from American Legal, to PF, dated July 17, 2001, discussing bonuses

6014.  Email from American Legal, to PF, dated July 31, 2001, informing of 11.25% additional bonus if make a deposit this week

6015.  Account Statement for Marina Pacific, showing balance of $124,600, with dividend of 150% on June 15, 2001, and 11.25% on September 15, 2001

6016.  Email from American Legal, to PF, dated September 18, 2001, announcing that web site is now operative

6017.  Email from PF, to LW, dated November 26, 2001, inquiring about "100% roll" when term up in May and about checking account and Visa card

6018.  Email from LW, to PF, dated November 29, 2001, stating that by June 16, 2002, "best guess" is that account balance would be $171,560.81

6019.  Joya de la Costa, an Emerald Resort, San Quintin, Baja California Norte, Mexico, Project Overview, dated January 17, 2002

GOVERNMENT'S EXHIBIT LIST - 19
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

6020. Account Statement for Marina Pacific, showing balance of $124,600 on March 15, 2002, and stating "Marina Pacific has been waiting for the Baja Project to declare a dividend. They are in the funding process."

6021. Email from PF, to LW, dated April 8, 2002, requesting return of all proceeds by May 23, 2002

6022. Letter from DF, to LW, dated April 8, 2002, stating that since have been no earnings for past two quarters, wish to withdraw the total balance, with attached envelope

6023. Email from LW, to PF, dated April 9, 2002, stating that there are no funds available for withdrawal from Marina Pacific prior to completion of Baja Project

6024. Email from PF, to LW, dated May 12, 2002, inquiring if funds will be paid on maturity date of May 12, 2002

6025. Email from LW, to PF, dated May 13, 2002, again stating that there are no funds available for withdrawal

6026. Email from PF, to LW, dated May 13, 2002, stating that the agreement entered into was the return of funds on May 23, 2002

6027. Email from LW, to PF, dated May 14, 2002, stating that DF spoke to LW and "Nolon" many times and was aware that project in funding stage

6028. Account Statement for Marina Pacific, showing balance of $154,211.97 on March 15, 2003

*Starla Ryan*

6029. Application packet for Marina Pacific International Credit Union, including Escrow Services Application and Escrow Funds Agreement (v.3.3)

6030. Wire transfer instructions dated June 15, 2001 for wire transfer of $3,425 to Bank Crozier, St. Georges, Grenada

6031. Check for $40,000, written on the account of SR at US Bank, and made payable to Cornerstone Institute Escrow Account, #XXXX7528, dated June 18, 2001

6032. Deposit slip for $40,000, deposited into account #XXXX7528, on June 18, 2001

6033. Wiring Instructions, Cornerstone Institute Escrow Account, notifying of $40,000 investment

6034. Account Statement for Marina Pacific, showing balance of $40,000 on June 18, 2001

6035. Account Statement for Marina Pacific, showing balance of $44,500, with dividend of 11.25% on September 15, 2001

6036. Joya de la Costa, an Emerald Resort, San Quintin, Baja California Norte, Mexico, Project Overview, dated January 15, 2002

GOVERNMENT'S EXHIBIT LIST - 20
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

6037. Check for $40,000, written on the account of SR at US Bank, and made payable to US Bank Account #XXXX7528, dated January 23, 2002

6038. Deposit slip for $40,000, deposited into account #XXXX7528, on January 23, 2002

6039. Note, from SR, to ML, stating "Nolan Bush said he talked with you about a receipt showing the total investment for my entity."

6040. Account Statement for Marina Pacific, showing balance of $84,500, with $40,000 deposit on January 23, 2002

6041. Account Statement for Marina Pacific, showing balance of $84,500, with no dividend on March 15, 2002, and stating "Marina Pacific has been waiting for the Baja Project to declare a dividend. They are in the funding process."

6042. Email newsletter, from American Legal, to SR, dated April 23, 2004, stating ". . . Mr. Bush felt that everything was coming together just as fast as possible."

6043. Email newsletter, from American Legal, to SR, dated October 14, 2004, stating ". . . Mr. Bush thinks daily about the investors and is working diligently on their behalf."

VII.  HMS, GDFS, and CI Newsletters Produced by Financial Planners LW and  VW

7001. Newsletter dated October 31, 1999, stating that current transaction is due in a few days, received by BS

7002. Newsletter dated November 17, 1999, stating that last program was September 25, 1999, to November 5, 1999, and that proceeds would be wired week of November 22, 1999, received by BS

7003. Newsletter dated November 22, 1999, stating that clients' accounts now posted on internet, received by BS

7004. Newsletter dated November 30, 1999, stating that wires of proceeds should be completed this week, received by BS

7005. Newsletter dated December 14, 1999, announcing that GDFS now operating in Nevis and recommending that clients not keep copies of LLC formation documents in their possession, received by GF

7006. Newsletter dated December 17, 1999, stating that people should get GDFS LLC formation packet and CD Certificate soon, received by GF

7007. Newsletter dated December 29, 1999, stating that the next program cycle will begin January 6, 2000, and dividend payouts would begin after fifteen banking days from the end of the December 30, 1999, transaction, received by GF

7008. Newsletter dated January 6, 2000, announcing that Nevis would begin sending out client packages to investors, and that dividends for November 15, to December 20, would be sent within 15 banking days, received by DH

7009. Newsletter dated January 9, 2000, announcing new user names and passwords, and that the webmaster is updating the account balances, received by DH

7010. Newsletter dated January 11, 2000, announcing 26% dividend for November 15, 1999, to December 30, 1999, and that should be wired during the following week, received by DH

7011. Newsletter dated January 19, 2000, stating that dividends to be wired during the following two weeks, received by DH

7012. Newsletter dated January 28, 2000, stating that dividends will begin January 31, 2000, received by BS

7013. Newsletter dated February 20, 2000, stating that LW attended a GDFS meeting last week, and minimum is going to $25k by March 1, 2000, received by RD

7014. Newsletter dated March 6, 2000, stating "when will dividends be posted?", received by DH

7015. Newsletter dated March 11, 2000, stating that they now setting up accounts with Liberty International Bank, received by RD

7016. Newsletter dated April 19, 2000, stating that GDFS is spending too much time trying to wire dividends to clients, so will now use Liberty Bank, received by RD

7017. Newsletter dated May 10, 2000, stating that no news regarding dividends, received by DH

7018. Newsletter dated June 5, 2000, stating "Most managers are understanding of the structuring delays," received by DH

7019. Newsletter dated June 23, 2000, announcing the availability of new VISA debit card, received by DH

7020. Newsletter dated July 13, 2000, stating that GDFS now offering stock broker services, received by DH

7021. Newsletter dated August 18, 2000, stating disappointment that no news of a dividend, received by DH

7022. Newsletter dated October 31, 2000, stating that most have not received a dividend since December 1999, received by DH

7023. Newsletter dated December 11, 2000, stating that GDFS will have increased balances by 150%, and that can withdraw it on March 15, 2001, received by DH

7024. Newsletter dated December 20, 2000, stating GDFS posted 150% this year, and expect next year to be even better and that Mexico project will "protect" GDFS investments and provide royalty income when the project is completed, received by DH

GOVERNMENT'S EXHIBIT LIST - 22
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

7025. Newsletter dated February 21, 2001, providing that requests for withdrawal of proceeds should be emailed or faxed to SR, received by DH

7026. Newsletter dated March 22, 2001, stating that "GDFS is in the process of sending wires out to the LLC managers who have requested them"; best guess is that wires should be completed by April 15, 2001; and GDFS' best guess for 2001 is 45% plus bonus, received by DH

7027. Newsletter dated April 13, 2001, attaching SR's email stating that new wire dates are April 25, 2001, to May 15, 2001, and that the minimum for new accounts is $100,000, received by JS

7028. Newsletter dated May 18, 2001, stating that GDFS to declare next dividend on June 15, 2001, and expects it to be between 11 1/4% and 25%, and stating that previous date of May 15, 2001, was a "Best Guess" based on when GDFS would have funds from the Mexico provider and further stating that the funds had been transferred into escrow and that team was working "around the clock to get the loan closed," received by DH

7029. Newsletter dated September 19, 2001, stating that SR in process up updating accounts to reflect an increase of 11.25%, received by BS

7030. Newsletter dated November 30, 2001, stating that original funds invested in NY were gone but that one of partners in the Baja project has agreed to cover the losses with his/her equity in the resort, but that it has not yet funded, received by SS

VIII. Port Orchard HMS/GDFS/CI Office Internal Business Records - From LT

*Three Daily Calendars in Binders (8/11/99 to 2/23/2001)*

8001. Calendar page for August 13, 1999, stating "September 9-10, Marketing Meeting"

8002. Calendar page for August 27, 1999, stating "When will computer be networked, Port Orchard & w/Nevis"

8003. Calendar page for September 8, 1999, listing agenda and participants of marketing meeting, including "sample of new contract"

8004. Calendar page for September 28, 1999, indicating "Need total payout & interest report - every contract - every name - principal for each one - total liability for each one"

8005. Calendar page for November 15, 1999, indicating "Let all Nolon's people know of Program close of Nov. 5"

8006. Calendar page for November 18, 1999, indicating "List of clients Nolon Bush is paying for" and "Mail out checks"

8007. Calendar page for December 7, 1999, indicating "Send Enigma to Carol/NY & Mark" and "Tami moving to Whidbey Island, Still coming into the office?"

8008. Calendar page for January 4, 2000, indicating "Mark Capozzi 3 enigma devices - Carolyn & her 2 kids"

GOVERNMENT'S EXHIBIT LIST - 23
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

8009. Calendar page for January 11, 2000, indicating "Book Super Bowl Trip"

8010. Calendar pages for February 10, 2000 listing attendees of financial planner meeting

8011. Calendar page for February 11, 2000, indicating "Financial Planner Mtg" and "get 10 enigmas for back East"

8012. Calendar divider page for February 2000, indicating "Financial Planner" for dates February 10, 2000, to February 12, 2000

8013. Phone Call notice by PR, dated April 3, 2000, indicating received call from Ron Henderson

8014. Things To Be Done in May 2000, calendar page and notes re "Ron Henderson" and question "What does your investigation have to do with me?" in addition to Remedies at Law telephone number

8015. Calendar page for May 18, 2000, indicating "Encryption #s for Grant & Assoc"

8016. Calendar page for June 16, 2000, stating "Plan B" and listing various investments and the word "cash flow"

8017. Calendar page for August 18, 2000, indicating "Check NY vs Mintus"

8018. Calendar page for September 6, 2000, indicating "Check NY vs Mintus"

8019. Calendar page for September 13, 2000, indicating "Check NY vs Mintus"

*1999-2000 Weekly Calendar in Binder (8/11/99 to 2/23/2001)*

8020. Calendar divider page for September 1999, stating "S.G. < Marketing Meeting > here," between September 8, 1999, and September 9, 1999

8021. Calendar page for September 8, 1999, listing attendees for Marketing Meeting

8022. Calendar page for week of September 27, 1999, stating "New York Nolon" on September 27, and September 28

8023. Calendar page for week of October 14, 1999, indicating "Seahawks trip" and Calendar page for week of October 18, 1999, showing Nolon Bush in Nevis between October 19, 1999, and October 21, 1999

8024. Calendar page for October 27 through 29, 1999, indicating "Scott coming in - meet at airport"

8025. Calendar page for January 26 through 28, 2000, indicating "Super Bowl" and "Atlanta"

8026. Calendar pages for February 9, 2000, indicating "Jimmy Chow & Cody Bly" and February 10, 2000, indicating "Financial Planner Mtg"

GOVERNMENT'S EXHIBIT LIST - 24
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

8027. Calendar page for February 18, 2000, indicating "Bryan Sowers & 2 guests" and Calendar page for week of February 21, 1999, indicating "Nolon & Scott to Miami" between February 21, and February 25

8028. "To Be Done" page for July 2000, stating "Make Diary of what has happened. Firm made this legal. Victims now?"

8029. Calendar Page for July 21, 2000, stating "MM throws 1 pitch"

*Folder Containing GDFS Budget and Investment Documents*

8030.  Folder marked "GDFS Accounts"

8031. Account summary, dated September 19, 2000, listing 25 GDFS accounts containing a total of $2,120,111

8032. Excel spreadsheet of bank accounts

8033.  Folder marked "Budget"

8034. ICBM/GDFS Monthly Budget Nevis 2000, dated September 4, 2000, showing monthly salaries for employees

8035. GDFS Admin Budget 2000, dated Oct. 3, 2000, showing Nevis Budget as $37,750, showing monthly salaries for employees

8036. Total Funds Received, listing receipt of $26,852,537, dated December 7, 2000

8037. Monthly/Yearly Operational Figures, with fax cover sheet dated January 8, 2001, listing yearly operational expenses of $1,432,714

8038. Spreadsheet of placements, four pages

8039. Fax sheet, dated December 10, 2000, from N.G., to Bush, with attached information relating to pending investment in Sandpiper Air for $250,000 on February 7, 2000

8040. Letter from Sandpiper, to NSG, dated June 18, 2000, complaining that Nolon Bush has failed to provide agreed upon funding

8041. Binder containing "Biz Plan 2000," with letter from NSG to Bush bearing fax date of December 29, 1999, and "Telephone Directory"

*Disk Labeled "Quick Books"*

8042.  Zip Disk labeled "QuickBooks"

8043.  Quickbooks

*Disk Labeled "Lorelis"*

8044.  Zip Disk labeled "Lorelis"

*Documents Tracking HMS Investors and Investments*

8045. Dividend Cycles for 1998/1999, saved July 20, 2000

GOVERNMENT'S EXHIBIT LIST - 25
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

8046. Individual account balance sheets showing account numbers, investments, fees, interest, dividend deposits, and instructions on whether to pay proceeds

8047. Spreadsheet listing Proceeds Paid and "Proceeds to Pay" from March 1999, through July 1999, and "Principal" as of March 24, 1999, and 25% proceeds payments on that principal for each of subsequent months

8048. Spreadsheet listing investors and investment, listing "beginning balances"

8049. Spreadsheet listing 5% referral commissions for financial planners for each investor recruited during for 1999, through September 1999

8050. Total Dollars Effective November 12, 1999

8051. List entitled "Original 16," showing @50% proceeds for April 1999

8052. List of "IRF accounts @50%" showing updated account balances

8053. GDFS One Million-Plus Accounts, saved December 15, 1999

8054. Level Two Clients, listing data relating to one million dollar clients, created January 27, 2000

*Documents Tracking GDFS Participants*

8055. Spreadsheet listing all participants and email addresses, created February 4, 2000

8056. Payroll for Port Orchard

8057. Grant & Associates Structure, created April 13, 2000

8058. Letter from Bush, to DS, introducing GS, dated June 14, 2000

*Documents to be Provided to GDFS Investors*

8059. "The Quadrant," listing four aspects of organization, including Investment Portfolio, saved May 7, 2000

8060. Letter from GDFS, to HMS Clients, stating that to become a GDFS client, must complete paperwork

8061. "Release" and "Progress Release" forms, created September 29, 2000

8062. Cornerstone Institute "Letter of Intent," created October 20, 2000

*GDFS Communications*

8063. Letter to WCS, from LT, describing Levels 1 and 2, saved January 12, 2000

8064. Letter from LT to all financial management company affiliates saved January 25, 2000, explaining that investment strategy has changed and now have investment portfolio

1    *Disk Regarding Mexico Project*

2    8065.  CD-RW containing power point of presentation of San Quintin, dated
       September 2000

3

4    8066.  PowerPoint presentation of San Quintin

5    *Computer Tower*

6    8067.  Computer tower

7    *LT Emails and Faxes to Nevis Employees and San Diego  - GDFS
       Promotion*

8    8068.  Email from JM, to PK, dated November 4, 1999, discussing creation of
       GDFS paperwork

9

10   8069.  Email from JM, to LT, dated November 10, 1999, with heading of "Got a
       strange phone call today"

11   8070.  Email from NSG, to PK, dated November 11, 1999, on reply to previous
       email, stating "Get Mr. Cox to test the lines to see if they are being bugged"

12

13   8071.  Email from LT, dated November 30, 1999, addressing issue of when wires
       will be done for November 5, 1999, cycle close

14   8072.  Email from NGST, to LT, dated December 8, 1999, requesting LT to ask
       Nolon Bush which account payments from November 5, 1999, payout

15   should be made, and email response from NSG, to LT, dated December 8,
       1999, stating that in shock that people accessing Crozier accounts

16

17   8073.  Email from LT, to NSG and NGSJ, dated December 9, 1999, stating that
       Nolon Bush wanted to know who had ultimate authority to sign for the LLC
       Millennium Development, which owns the Port Orchard estate

18

19   8074.  Email from LT, to NGSJ, dated December 10, 1999, stating that had not yet
       got permission to wire money to LM

20   8075.  Email from NSG, to LT, dated December 17, 1999, stating that will have to
       discuss with Nolon Bush whether to drop charity HCI name by end of year

21

22   8076.  Email from JM, to LT, dated December 17, 1999, listing wire transfers
       ordered by NSG and Nolon Bush, including wire transfer of $300,000 to
       DV

23

24   8077.  Email from NSG, to LT, dated December 20, 1999, instructing to get this
       kind of data under encryption

25   8078.  Fax cover sheet from LT, to AS, dated April 17, 2000, stating that attached
       are two  wiring instructions for $120,000, and to have Nolon Bush confirm

26   from which account to wire

27   8079.  Fax cover sheet from LT, to AS, dated May 22, 2000, stating that attached
       are four sets of wiring instructions for $175,000, and to have Nolon Bush

28   confirm from which account to wire

GOVERNMENT'S EXHIBIT LIST - 27
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

8080. Fax cover sheet from LT, to AS, dated May 31, 2000, stating that attached are wiring instructions for $55,214, including Holt's Hardsurface, E&F Electric and to have Nolon Bush confirm from which account to wire

*LT Emails and Faxes to Nevis Employees and San Diego - Post GDFS Promotion*

8081. Email from LT, to JM, dated July 20, 2000, seeking assistance in shredding, and stating "The recycle bin is looking pretty "lethal" right now

8082. Email from SR, to LT, dated November 15, 2000, stating account balances

8083. Email from SR, to LT, dated December 6, 2000, thanking LT for support during trying times, and LT stating that there are no advances on the March 15 maturity date, regarding request

8084. Email from LT, to SR, dated December 11, 2000, stating "we can't have any of this kind of mail arriving at our location" regarding new investment

8085. Email from SR, to LT, dated February 6, 2001, asking about transfer of real estate from Millennium Development

8086. Email from SR, to LT, dated February 28, 2001, providing directions on how to transfer the Port Orchard estate to another entity

8087. Email from SR, to LT, dated March 30, 2001, inquiring if can distribute Mexico project document to clients and email response from LT, to SR, dated April 2, 2001, stating that didn't intend to send Mexico project documents and not meant for mass distribution

*Misc. Documents and Items*

8088. Two Enigma encryption devices, in boxes with instructions enclosed

8089. From the Heart Foundation Mariners T-shirt

8090. Tiffany & Co. From the Heart Foundation paperweight

8091. Cabo San Quintin development PowerPoint printout

8092. Cabo San Quintin polo shirt

IX. Nevis GDFS Office Internal Business Records - From Various Sources

*Received by Nevis Government from GDFS and Forwarded to FBI*

9001. GDFS Filemaker Pro Summaries of accounts for GDFS1, GDFS2, GF1, GF 2, GD Inv, GDT1, ICBM EC, ICBM US for October 1999, to April 2000

*Received from Employee NG*

9002. CD

9003. GDFS Financial Planners Listing, listing financial planners and clients

GOVERNMENT'S EXHIBIT LIST - 28
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

9004.  Complete Closure Checklist (25 pages), listing amount owed as of November 3, 2000, with 150% bonus

*Received from Employee RS*

9005.  Unlabeled CD
       *Documents Tracking GDFS Investors' Accounts*

9006.  Spreadsheet listing clients' names, telephone numbers and fax numbers

9007.  Spreadsheet listing LLC names, date formed, investors, index numbers, ordered by date LLC formed, saved June 18, 2000

9008.  Spreadsheet listing LLC names, index numbers, and investors, ordered alphabetically by last name of investor, saved June 11, 2001

9009.  Spreadsheet listing LLC names, date formed, manager names, index numbers, and, ordered alphabetically by LLC name, saved November 1, 2000

9010.  Liberty International Bank account numbers, listed by LLC and ordered by account number

       *Documents Tracking GDFS Payments and Payments Due*

9011.  Spreadsheet listing profit and profit distribution instructions for program close, sent to LT on April 26, 2000, listed in order of client index number

9012.  Spreadsheet listing 542 clients' amounts due upon closing, categorized by 19 financial planners, and showing total owed to close at approx. $27,000,000, saved Sept. 11, 2000

9013.  Spreadsheet listing PK's clients' requests for withdrawals and their respective LLC's, dated Sept. 8, 2000

9014.  Spreadsheets listing planned disbursement for March 28, 2001, April 4, 2001, and April 11, 2001 (approx $27,000,000), all saved March 22, 2001

9015.  Spreadsheets listing bonuses due on late payments totaling $955,672, saved March 22, 2001

       *Documents Tracking Participants' LLC and Bank Accounts*

9016.  Spreadsheets listing LLCs assigned to various participants

9017.  Spreadsheet listing Bank Crozier bank accounts opened for various participants listed in alphabetical order of LLC name, dated October 25, 2000

       *ICBM* and *Grant & Associates*

9018.  Information on Bank Accounts, listing banks, account numbers and signatories, dated July 16, 1999

GOVERNMENT'S EXHIBIT LIST - 29
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

9019. Minutes for Millennium Development, dated November 16, 1999, appointing NSG as co-manager along with NGSJ, and showing AS as director

9020. Processing a GDFS Application instructions, saved December 22, 1999, providing that data on applications to be emailed to admin@globaldominion.net, and that after admin advises that application fee is received, can create LLC

9021. LLC Ordering & Accounting Procedure, saved February 4, 2000, stating that email requesting creation handed to VP, who is to maintain spreadsheet of LLCs and managers

9022. Resignation letter for AS, giving notice that last day will be June 30, 2000, saved June 14, 2000

9023. "Why Nevis," saved June 27, 2000

9024. Global Dominion, "The Offshore Industry & Why," saved July 3, 2000

9025. Letter from Grant & Associates, to HTCU/HPCU/LII/GFCU/GDFS, saved June 1, 2000, stating that once duties completed in February 2000, Grant & Associates resigned as counsel

*SR Emails to Port Orchard Employees; Nevis; and San Diego*

9026. Email from SR, to LT, dated November 13, 2000, attaching bank statements in form of Excel spreadsheet, with attached spreadsheets

9027. Email from SR, to LT, dated November 15, 2000, listing immediate account closures at $18,725,899; partial withdrawals at $1,405,918; and March 15, 2001, maturity withdrawals at $39,238,300

9028. Email from SR, to LT, dated November 29, 2000, asking exactly what is causing delay in November funds - now hear it will be December, in response to receiving email from RD

9029. Email from SR, to LT, dated December 8, 2000, stating that attached is spreadsheets for old Hulaman clients that need to establish Nevis LLC.

9030. Email from SR, to NSG, dated February 5, 2001, stating that NGSJ's and KD's cell telephones disconnected due to nonpayment

9031. Email from SR, to LT, dated February 21, 2001, stating that clients want to know new terms after March 15, 2001, maturity so they can decide whether to withdraw all of their funds on March 15

9032. Email from SR, to LT, dated March 15, 2001, stating that NGSJ is in St. Marten, and asking if Monday, March 19, 2001, is going to be "for real"

9033. Email from SR, to LT, dated March 21, 2001, explaining that NGSJ says now that only $1 million will be received on March 28, and her list is $29 million

9034. Email from SR, to LT, dated April 4, 2001, stating that server bill not paid and no money for payroll - and asking if you still want an office here

GOVERNMENT'S EXHIBIT LIST - 30
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

9035. Email from SR, to NGSJ, dated April 10, 2001, stating here is response to incoming emails, notifying them of new dates

9036. Email from LT, to SR, dated May 8, 2001, with attached CNN article regarding  FBI's use of web surveillance, and stating that she would call

9037. Email from SR, to NGSJ, dated June 5, 2001, providing list of numerous bank accounts and account numbers

*SR Emails to Financial Planners*

9038. Email from VW, to SR, dated November 27, 2000, providing names of individuals who wanted to have their accounts closed

9039. Email from SR, to PK, dated November 27, 2000, providing list of PK clients who wish to close accounts

9040. Email from SR, to VW, dated November 29, 2000, stating "You passed your irate client on to me, I see," referring email form RD, to LW, dated November 28, 2000, stating that for past 9 months have been promised dividends in May, June, July, August and September

9041. Email from SR, to VW, dated January 5, 2001, stating that no confirmed disbursement date as yet

9042. Email from PK, to SR, dated January 20, 2001, stating that as of late Friday, funds were on the way to Liberty

9043. Email from SR, to VW, dated March 14, 2001, stating that NGSJ has just informed me that transfers would begin March 19, 2001

9044. Email from PK, to SR, dated March 21, 2001, stating that Nolon Bush has long been aware of emergencies among our group

9045. Email from SR, to VW, dated March 22, 2001, stating that NGSJ has just informed me that funds arriving in installments - arriving on March 28, April 4, and April 11, and asks VW to pass on the information

9046. Email from VW, to SR, dated March 23, 2001, asking how RB got on the list ahead of RD

9047. Email from VW, to SR, dated March 28, 2001, asking if wires going out today, and response of "NO"

9048. Email from PK, to SR, dated April 5, 2001, stating that Nolon Bush said that delays have caused the partners to implement a back-up plan, with new provider

9049. Email from SR, to VW, dated April 6, 2001, stating that according to another IFF, Nolon Bush is stating that a new provider had been located and that funds could flow as early as May 15, and that original provider had renewed intention of fulfilling commitments

9050. Email from SR, to VW, dated April 9, 2001, stating that starting dates for wires are April 25 thru May 15, and asking VW to pass on the information

9051.  Email from SR, to VW, dated May 4, 2001, stating that of VW clients, 70 to close; 69 to reinvest; and have not heard from 82

9052.  Email from SR, to VW, dated May 15, 2001, stating that funds expected today

9053.  Email from VW, to SR, dated June 5, 2001, stating that received information that funds were due Friday, June 1

9054.  Email form VW, to SR, dated June 25, 2001, inquiring when dividends from second quarter, June 15, would be posted

9055.  Email from PK, to SR, dated June 26, 2001, stating that had been told that June 15, 2001, dividends would post soon

9056.  Email from PK, to SR, dated July 14, 2001, stating that Nolon Bush stated that funds are now in transit

9057.  Email from VW, to SR, dated July 19, 2001, stating that people complained that if GDFS had not sent funds by June 15, GDFS needed to add dividends to accounts, and response stating that Nolon Bush confirmed that should post 11.25% on the web sites

*SR Emails to Inventors*

9058.  Email from CB, to SR, dated November 16, 2000, requesting all funds in his account be sent to him

9059.  Email from SR, to BM, dated April 5, 2001, stating that $1,000 owed for renewal of LLC

9060.  Email from SR, to KM, dated April 9, 2001, confirming that received faxed instructions on where to send funds

9061.  Email chain between SR, and DF, dated April 12, 2001, stating that delay in disbursement of funds until March 28, April 4, and April 11, and that will still be earning 45% per year

9062.  Email from SR, to GM, dated June 29, 2001, stating that owe $2,000 for creation of LLC and $1,000 for yearly maintenance

9063.  Email from SR, to GM, dated July 18, 2001, with email chain stating that the funds should be in GDFS control by Monday

X.  HMS/GDFS/CI Legal Representatives' Records

*GS*

10001.  Certification from Washington State Bar that GS is not licensed to practice law in the State of Washington

10002.  Letter from Washington State Department of Investigations, dated October 28, 1999, received October 30, 1999

10003.  Response to letter from Washington State Department of Investigations, dated October 28, 1999, from GS

GOVERNMENT'S EXHIBIT LIST - 32
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

*NSG*

10004.    Photograph of NSG's office in San Diego

10005.    American Express Statement of Account, no. 2003, closing date October 4, 1999, showing purchase of plane ticket from Seattle to San Diego, showing purchases in Port Orchard, WA, from September 8, 1999, to September 12, 1999

10006.    American Express Statement of Account, no. 2003, closing date November 4, 1999, showing purchase of plane ticket from San Diego to Seattle and to Nevis, showing travel to Port Orchard, WA, between October 30, 1999, and October 31, 1999

10007.    American Express Statement of Account, no. 2003, closing date February 4, 2000, showing purchase of security K-9 for $3,500 on February 1, 2000

10008.    American Express Statement of Account, no. 3001, closing date April 4, 2000, showing expenses by C. Nolon Bush in Nevis on October 3, 1999

XI.   GDFS Investments Wired to Bush and MM in Washington and NSG in Bahamas

*From the Heart Foundation Account - MM*

11001.    US Bank Incoming Wire Transfer for From the Heart Foundation, account #XXXX6733, reflecting wire transfer of $175,000 on February 17, 2000

11002.    ICBM Wire Instructions to Bank Crozier dated March 10, 2000; and Bank Crozier Wire Transmission to From the Heart Foundation, account #XXXX6733, reflecting wire transfer of $100,000 on March 10, 2000

11003.    US Bank Incoming Wire Transfer From the Heart Foundation, account #XXXX6733, reflecting wire transfer of $100,000 on March 13, 2000

11004.    ICBM Wire Instructions to Bank Crozier dated April 25, 2000 for $35,569.27 and $50,000; and Bank Crozier Wire Transmission to From the Heart Foundation, account #XXXX6733, reflecting wire transfer of $50,000 on April 26, 2000

11005.    US Bank Incoming Wires From the Heart Foundation, account #XXXX6733, reflecting wire transfers of $35,569.27, and $50,000 both on April 26, 2000

11006.    ICBM Wire Instructions to Bank Crozier dated May 22, 2000; and Bank Crozier Wire Transmission to From the Heart Foundation, account #XXXX6733, reflecting wire transfer of $120,000 on May 22, 2000

11007.    US Bank Incoming Wires From the Heart Foundation, account #XXXX6733, reflecting wire transfer of $120,000 on May 22, 2000

*Hulaman Management Escrow Account - Bush*

| | | |
|---|---|---|
| 11008. | ICBM Wire Instructions to Bank Crozier dated December 29, 1999; and Bank of Crozier Wire Transmission to Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfer of $300,000 on December 29, 1999 | |
| 11009. | US Bank Incoming Wire for Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfer of $300,000 on December 30, 1999 | |
| 11010. | GDFS Wire Instructions to Bank Crozier dated January 4, 2000; and Bank Crozier Wire Transmissions to US Bank Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $200,000 on January 5, 2000, and $200,000 on January 12, 2000 | |
| 11011. | US Bank Incoming Wire for Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $200,000 on January 5, 2000, and $200,000 on January 12, 2000 | |
| 11012. | Bank Crozier Wire Transmission for Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $250,000 on February 15, 2000 | |
| 11013. | US Bank Incoming Wire Transmission for Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfer of $250,000 on  February 15, 2000 | |
| 11014. | Bank Crozier Wire Transmission for Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $250,000 on March 20, 2000, and $300,000 on March 27, 2000 | |
| 11015. | US Bank Incoming Wire Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $250,000 on March 20, 2000, and $300,000 on March 27, 2000 | |
| 11016. | ICBM Wire Instructions to Bank Crozier dated April 18, 2000; and Bank Crozier Wire Transmission for Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $200,000 on April 20, 2000 | |
| 11017. | US Bank Incoming Wire to Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $200,000 on April 21, 2000 | |
| 11018. | Bank Crozier Wire Transmission to Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $150,000 on May 2, 2000 | |
| 11019. | US Bank Incoming Wire to Hulaman Management Escrow Account, account #XXXX0367, reflecting wire transfers of $150,000 on May 2, 2000 | |

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

| | | |
|---|---|---|
| 1 2 | 11020. | Bank Crozier Wire Transmission for Cornerstone Institute Account, account #XXXX7510, reflecting wire transfer of $50,000 on May 24, 2000 |
| 3 4 | 11021. | US Bank Incoming Wire to Cornerstone Institute Account, account #XXXX7510, reflecting wire transfer of $50,000 on May 24, 2000 |
| 5 6 | 11022. | ICBM Wire Instructions to Bank Crozier dated May 24, 2000; and Bank Crozier Wire Transfer to US Bank Cornerstone Institute Escrow Account, account #XXXX7528, reflecting wire transfer of $100,000 on May 24, 2000 |
| 7 8 | 11023. | US Bank Incoming Wire for Cornerstone Institute Escrow Account, account #XXXX7528, reflecting wire transfer of $100,000 on May 24, 2000 |

9  XII.  HMS - Examples of How Investors' Investments Spent

10  *Vehicles - Dodge Durango*

| | | |
|---|---|---|
| 11 12 | 12001. | BBC Dodge Vehicle Buyer's Order for purchase of 1999 Dodge Durango for $37,993.54, by Something More Trust, MM, Managing Director, dated May 14, 1999 |
| 13 14 15 | 12002. | VIP Customer Plan for Dodge truck, serial number XXX0617, signed by HMS,  C Nolon Bush, Director, and photocopy of Washington State Driver's License bearing Charles Bush's name and photograph |
| 16 | 12003. | Washington State Vehicle Title Application / Registration Certificate for 1999 Dodge Durango |
| 17 18 | 12004. | US Bank Certified Check dated May 14, 1999, made payable for $32,993.54, stating "Loan to Something More Trust, Charles Bush Director |
| 19 20 | 12005. | $32,993.54 US Bank check, no. 1006, written on account #XXXX0367 opened in the name of HMS, dated May 14, 1999, and made payable to US Bank, signed by Bush, for "BBC Dodge" |

21  *Artwork*

22  *Bronze Edition Gallery*

| | | |
|---|---|---|
| 23 24 | 12006. | Bronze Edition Gallery Invoice for "Morning Glory," dated August 18, 1999, bill to Millennium Development Ltd., for $11,397.57 |
| 25 26 | 12007. | $6,397.57 US Bank check, no. 1184, written on account #XXXX0359 opened in the name of HMS, dated September 7, 1999, and made payable to Bronze Edition Gallery, signed by Bush, for "Bal due Blue Heron" |

27  *Sierra Gallery*

| | | |
|---|---|---|
| 28 | 12008. | Sierra Gallery Invoice for "Garden Walk" and "The Ride" dated June 21, 1999 and July 25, 2000 |

GOVERNMENT'S EXHIBIT LIST - 35
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

*Condominium in Hendersonville, Tennessee, Purchase*

12009.  Photo of Hendersonville Condo gated entrance

12010.  Photo of Hendersonville Condo

12011.  Photo of Hendersonville Condo

12012.  Lease With Option to Purchase Rental Agreement, dated July 26, 1999, for condominium 31 Wyndermere, Hendersonville, TN, entered into by landlord RS and "LK Foundation," providing for a $20,000 non-refundable earnest money deposit, and $3,000 monthly rent from August 1999 to August 2002, signed by NSG, Trustee

12013.  Earnest money contract for condominium 31 Wyndermere, Hendersonville, TN, providing for sale price of $239,900, and $20,000 earnest money, signed by NSG on August 9, 1999

12014.  Fax from REMAX, to Bush, dated February 19, 2001, stating that a balance of $26,808 was due

12015.  Letter to Bush, dated June 1, 2001, and attached Monthly Rent Payments showing payments by Bush of a total of $77,000 between August 1999 and February 2001 and a balance due of $20,808

12016.  US Bank Customer Account Adjust for HMS - Escrow Account, account 0367, reflecting purchase of certified check made payable to McPherson-Shaw, Inc., for $20,000, dated August 3, 1999

12017.  US bank certified bank check nos. 6026 for $20,000, and 6027 for $3,000, from HMS and made payable to McPherson-Shaw, Inc., and initialed by Nolon Bush on August 3, 1999

12018.  $34,348.00 US Bank check, no. 1168, written on account #XXXX0359 opened in the name of HMS, dated August 27, 1999, and made payable to McPherson-Shaw, Inc., signed by Bush

12019.  $35,000.00 US Bank check, no. 1169, written on account #XXXX0359 opened in the name of HMS, dated August 28, 1999, and made payable to LKB, signed by Bush, for LK Foundation, #31 Wyndermere

*Secreting Activities*

12020.  Domestic International Consultants Invoice, for work on March 1, 1999, for $3,886.40

12021.  Domestic International Consultants Invoice, for work on August 24, 1999, for $3,271.17, with attached letter

12022.  Domestic International Consultants Invoice, for work on September 2, 1999, for $2,071.35

12023.  Domestic International Consultants Invoice, for work on September 22, 1999, for $1,677.95

GOVERNMENT'S EXHIBIT LIST - 36
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

1   12024.   $3,886.40 Washington Mutual check, no. 2015, written on account #XXXX1481 opened in the name of HMS, dated March 2, 1999, and made payable to Domestic International Consultants, signed by Bush

*View Park Golf Estate Purchase and Monthly Payments*

12025.   Statutory Warranty Deed for sale of View Park from JL to Millennium Development, LTD, dated July 27, 1999

12026.   First Deed of Trust for sale of View Park from JL to Millennium Development, LTD, showing deed of $1,400,987, signed by NSG

12027.   Three checks, nos. 1158, 1159, and 1161, written on US Bank account #XXXX0359 opened in the name of HMS, and made payable to John L. Scott, for $45,629.96, $45,629.96, and $5,000.00, respectively, all dated August 24, 1999, all signed by Bush

12028.   $5,139.98, US Bank check, no. 1187, written on account #XXXX0359 opened in the name of HMS, dated September 10, 1999, and made payable to CL, signed by Bush, for "Sept. 5 Payment"

12029.   $5,139.98, US Bank check, no. 1188, written on account #XXXX0359 opened in the name of HMS, dated September 10, 1999, and made payable to JL, signed by Bush, for "Sept. 5 Payment"

*View Park Golf Estate Remodel*

12030.   Three checks, nos. 1133, 1193, and 1211, written on US Bank account #XXXX0359 opened in name of HMS, and made payable to B&C Telephone, for $12,597.60, $10,000.00, and $15,000.00, all signed by Bush.

*Seattle Seahawks Lease of Suite*

12031.   Seattle Seahawks Receivable Management statement, reflecting payment by HMS of $67,760 for Suite 203, on August 13, 1999, for the 1999 football season

12032.   $5,000.00 US Bank check, no. 1083, written on account #XXXX0359 opened in the name of HMS, dated August 11, 1999, and made payable to Seattle Seahawks, signed by Bush

*Seattle Mariners Lease of Suite No. 48*

12033.   Lease between Mariners and HMS, C. Nolon Bush, Managing Director, for Suite 48, dated July 13, 1999, for July 9, 1999 to October 31, 2004, for the amount of $125,000 per year, plus allowed increases

*Travel and Other Expenditures*

12034.   $8,000.00 US Bank check, no. 1057, written on account #XXXX0359 opened in the name of HMS, dated June 22, 1999, and made payable to Cash, signed by Bush, for "Nassau Bahama Trip"

GOVERNMENT'S EXHIBIT LIST - 37
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

12035.    $1,000.00 US Bank check, no. 1189, written on account #XXXX0359 opened in the name of HMS, dated September 10, 1999, and made payable to Redemption Task Force, signed by Bush, for "Cell Phone Acct"

12036.    $8,000.00 US Bank check, no. 1213 written on account #XXXX0359 opened in the name of HMS, dated September 24, 1999, and made payable to Cash, signed by Bush, for "NY Trip Exp"

*Personal Investments*

   *Century 21*

12037.    Agreement letter dated May 25, 1999, in which C. Nolon Bush, Director of Cornerstone Institute, commits to provide funding of $30,000,000 to purchase a 35% interest in Global Real Estate Services, LLC, which will be comprised of Century 21 franchises for South America and Greater Europe, beginning June 18, 1999, signed by Bush

12038.    Letter from PY, dated March 1, 2000, expressing disappointment in Bush's failure to fund Century 21 as agreed in May 25, 1999 letter, and setting forth schedule of $2,918,000 actually received.

   *Cabo San Quintin Luxury Resort*

12039.    Millennium Development LTD agreement regarding the development of Cabo San Quintin, faxed October 10, 1997, listing C. Nolan Bush as Vice President, CFO, and MM as Vice President Marketing, and restricting the sale of stock, with each Bush and MM receiving 12.5% of 300 total shares

12040.    Emerald Resorts agreement to provide design and subsequent management services to Cabo San Quintin, dated May 15, 1997, and listing DS as a Managing Partner of Emerald Resorts and CBM International as the owner of Cabo San Quintin

12041.    Letter from HF, to Nolon Bush, dated September 15, 1997, stating that had promised that would fund project by August 8, 1997, and that Bush had promised to find investors for the project if failed to otherwise fund

12042.    Letter from HF, to MG, dated February 20, 1998, stating that Bush and MM are no longer part of Grupo Cabo San Quintin

12043.    Operating Agreement of Emerald Resort Cabo San Quintin, LLC, signed by Bush, DC, and DS, dated July 27, 2000, in which Bush agreed to fund $800,000,0000

12044.    Amendment to Operating Agreement of Emerald Resort Cabo San Quintin, LLC, dated March 11, 2002, stating that Bush was in default and had no further interest in Emerald Resort Cabo San Quintin

XIII.  GDFS - Examples of How Investors' Investments Spent

GOVERNMENT'S EXHIBIT LIST - 38
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

*Vehicles*

13001.   Bill of Sale for Ford Ranger, dated January 7, 2000, listing sales price of $19,482

13002.   Washington State Vehicle Title Application / Registration Certificate for 1999 Ford Ranger

13003.   Bill of Sale for Harley Davidson Motorcycle, dated March 23, 2000, listing sales price of $24,000

*Artwork*

  *Bronze Edition Gallery*

13004.   Bronze Edition Gallery Invoice for "Thunder Ridge," and "Cave of Horses," dated October 13, 1999, bill to MM, c/ T&S Worldwide LLC, for $6,645.25 and $6,840.00, respectively

13005.   Bronze Edition Gallery Invoice for "Promises to Keep," dated November 20, 1999, bill to Hulaman Charities Int., 3377 Bethel Rd. SE, Suite 107 #276, Port Orchard, WA 98366, for $3,990

13006.   Bronze Edition Gallery Invoice for "Aviator," dated November 23, 1999, bill to MM, c/ T&S Worldwide LLC, for $4,465

13007.   $7,500 Washington Mutual Bank, check, no. 2022, written on account #XXXX3070, opened in the name of HMS Charity Distribution Account, dated October 22, 1999, and made payable to Bronze Edition Gallery, signed by MM

13008.   $7,144.98 US Bank check, no. 1331, written on account #XXXX0359, opened in the name of HMS, dated November 13, 1999, and made payable to Bronze Edition Gallery, signed by Bush

13009.   $4,333.14 US Bank check, no. 1353, written on account #XXXX0359, opened in the name of HMS, dated November 20, 1999, and made payable to Bronze Edition Gallery, signed by Bush

  *Sierra Gallery*

13010.   $3,175 US Bank check, no. 1152, written on account #XXXX0359 opened in the name of HMS, dated August 20, 1999, and made payable to Sierra Galleries, signed by Bush, for "Millennium Project"

13011.   $2,125 US Bank check, no. 1202, written on account #XXXX0359 opened in the name of HMS, dated September 21, 1999, and made payable to Sierra Galleries, signed by Bush

13012.   $3,725 US Bank check, no. 1203, written on account #XXXX0359 opened in the name of HMS, dated September 21, 1999, and made payable to Sierra Galleries, signed by Bush

13013.   $4,275 Washington Mutual Bank check, no. 2021, written on account #XXXX3070 opened in the name of HMS Charity

GOVERNMENT'S EXHIBIT LIST - 39
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

1             Distribution Account, dated October 22, 1999, and made payable to Sierra Galleries, signed by MM

2

3 13014.    $6,500 US Bank check, no. 1033, written on account #XXXX6733 opened in the name of From the Heart Foundation, dated March 16, 2000, and made payable to Sierra Galleries, signed by MM, for "Bal on Tranquility"

4

5 *Secreting Activities*

6 13015.    Domestic International Consultants Invoice, for work on December 22, 1999, for $5,271.35

7

8 *View Park Golf Estate Remodel*

9 13016.    Photograph of View Park entrance gate

10 13017.    Photograph of outside view of sunroom added to back of View Park

11 13018.    Photograph of slate waterfalls at entrance of View Park

12 13019.    Photograph of top of spiral staircase inside View Park

13 13020.    Photograph of View Park kitchen

14 13021.    Photograph of View Park kitchen

15 13022.    Photograph of view looking down spiral staircase

16 13023.    Photograph of landing of spiral staircase in basement

17 13024.    Photograph of basement fireplace

18 13025.    Photograph of steam room in basement of View Park

19 13026.    Photograph of massage room in basement of View Park

20 13027.    Photograph of sunroom in basement of View Park

21 13028.    Photograph of walk-in cooler in basement of View Park

22 13029.    Photograph of generator house on grounds of View Park

23 13030.    Photograph of generator inside generator house

24 13031.    Photograph of dog house on grounds of View Park

25      *Nu-Tech Building Company*

26 13032.    Nu-Tech Building Co. Invoice, dated November 23, 1999, for $12,698.72

27 13033.    Nu-Tech Building Co. Invoice, dated December 10, 1999, for $21,799.42

28

GOVERNMENT'S EXHIBIT LIST - 40
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

13034.   Nu-Tech Building Co. Invoice, dated January 3, 2000, for $17,765.50

13035.   Nu-Tech Building Co. Invoice, dated January 14, 2000, for $35,981.13

13036.   Nu-Tech Building Co. Invoice, dated February 7, 2000, for $16,619.69

13037.   Nu-Tech Building Co. Invoice, dated March 10, 2000, for $7,803.11

13038.   Nu-Tech Building Co. Invoice, dated April 14, 2000, for $2,209.37

*Fraisure Remodeling*

13039.   Three checks, nos. 985, 1165, and 1166, written on US Bank account #XXXX6733 opened in the name of From the Heart Foundation, and made payable to Fraisure Remodeling, for $2,222.05, $6,595.00, and $5,265.55, all signed by MM

*B&C Telephone*

13040.   Three checks, nos. 1221, 1291, and 1470, written on US Bank account #XXXX0359 opened in the name of HMS, and made payable to B&C Telephone, for $15,000.00, $7,020.00, and $37,177.17, respectively, all signed by Bush

13041.   Four checks, nos. 1061, 1122, 1136, and 1193, written on US Bank account #XXXX6733 opened in the name of From the Heart Foundation, dated March 22, 2000, and made payable to B&C Telephone, for $12,196.92, $6,809.51, $5,335.07, and $13,907.07, all signed by MM

*Collins Plumbing*

13042.   $24,471.65 US Bank check, no. 1032, written on account #XXXX6733 opened in the name of From the Heart Foundation, dated March 16, 2000, and made payable to Collins Plumbing, signed by MM

*View Park Staff*

13043.   $2,000.00 US Bank check, no. 1018, written on account #XXXX6733 opened in the name of From the Heart Foundation, dated March 10, 2000, and made payable to PH, signed by MM

13044.   Three checks, nos. 1596, 1608, and 1612, written on US Bank account #XXXX0359 opened in the name of HMS, and made payable to LT, for $6,550.00, $7,500.00, and $9,000.00, all signed by Bush.

*Seattle Seahawks Lease of Suite*

13045.   Three checks, nos. 1277, 1379, and 1420, written on US Bank account number #XXXX0359 opened in the name of HMS, and

GOVERNMENT'S EXHIBIT LIST - 41
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

1    made payable to Seattle Seahawks, for $32,760.00, $11,214.00,
     $30,000.00, respectively, all signed by Bush

2

3    *Seattle Mariners Lease of Suite No. 48*

4    13046.    Mariners Invoice dated September 2, 1999, billing HMS, Attn:
               Nolon Bush, 23003 Marine View Drive S, no B-101, for 2000 lease
               of Suite 48, showing $131,904 due and owing, and noting payment

5              of $50,000 via check no. 1278, on October 15, 1999

6    13047.    Mariners Invoice dated December 3, 1999, billing Hulaman Charities
               International, Attn: Nolon Bush, 7382 SE View Park Road, Port

7              Orchard, for past due lease of Suite 48, of $85,999, and noting
               payment of $81,904

8

9    13048.    Mariners' Posted Cash Receipts from Hulaman showing total
               payments of $620,418, between May 1999, and October 2000

10   13049.    $50,000.00 US Bank check, no. 1278, written on account
               #XXXX0359, opened in the name of HMS, dated October 14, 1999,

11             and made payable to Seattle Mariners, signed by Bush

12   *Seattle Mariners Charity and Advertising*

13   13050.    Two checks, nos. 1023 and 1031, written on US Bank #XXXX6733
               opened in the name of From the Heart Foundation, and made payable

14             to Seattle Mariners, for $4,240.14 and $10,000.00, respectively,
               signed by MM

15

16   13051.    Two checks, nos. 1176 and 1217, written on US Bank account
               #XXXX6733 opened in the name of From the Heart Foundation,
               dated May 18, 2000, and made payable to Mariners Care, each for

17             $15,000.00, signed by MM, for "Cookbook"

18   *Travel Expenditures*

19   13052.    $8,000.00 US Bank check, no. 1272, written on account
               #XXXX0359 opened in the name of HMS, dated October 7, 1999,

20             and made payable to Cash, signed by Bush, for "Nevis Expenses"

21   XIV.  CI - Examples of How Investors' Funds Spent

22   *Vehicles*

23   14001.    Bill of Sale for 1997 Cadillac, dated June 22, 2000, listing sales price
               of $24,952.60

24

25   14002.    Washington State Vehicle Title Application / Registration Certificate
               for 1997 Cadillac

26   14003.    Bill of Sale for 1998 Dodge 4X4 pickup truck, dated October 8,
               2001 and dated January 25, 2002, with list price of $21,476

27

28   *Secreting Activities*

GOVERNMENT'S EXHIBIT LIST - 42
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

14004.    Domestic International Consultants Invoice, dated June 14, 2000, for $2,603.39

14005.    Domestic International Consultants Invoice, dated June 19, 2000, for $6,390

14006.    Domestic International Consultants Invoice, dated June 19, 2000, for $5,750.72

14007.    Domestic International Consultants Invoice, dated June 22, 2000, for $14,744.11

14008.    Domestic International Consultants Invoice, dated July 19, 2000, for $8,870

14009.    Domestic International Consultants Invoice, dated July 19, 2000, for $3,600

14010.    Domestic International Consultants Invoice, dated August 1, 2000, for $12,990.43, for work done at Grant & Associates law firm in San Diego

*View Park Remodel*

14011.    Nu-Tech Building Co. Invoice, dated June 15, 2000, for $10,578.31

14012.    Nu-Tech Building Co. Invoice, dated July 12, 2000, for $9,621.16

14013.    Nu-Tech Building Co. Invoice, dated August 9, 2000, for $4,463.56

14014.    Nu-Tech Building Co. Invoice, dated September 14, 2000, for $7,898.82

14015.    Nu-Tech Building Co. Invoice, dated October 16, 2000, for $5,876.17

14016.    Nu-Tech Building Co. Invoice, dated November 17, 2000, for $6,049.68

14017.    Nu-Tech Building Co. Invoice, dated December 18, 2000, for $2,426.57

14018.    Three checks, nos. 2144, 2067, and 2223, written on US Bank check, no., written on account #XXXX7510 opened in the name of Cornerstone Institute, dated September 15, 2000, and made payable to Nu Tech, $13,250.00, $21,310.72, and $15,260.00, respectively, all signed by Bush

14019.    $18,563.87 US Bank check, no. 1160, written account #XXXX6733 opened in the name of From the Heart Foundation, dated May 4, 2000, and made payable to Nu Tech Building Co., signed by MM

*Seattle Seahawks Lease of Suite*

14020.    $24,000.00 US Bank check, no. 2093, written on account #XXXX7510 opened in the name of Cornerstone Institute, dated

GOVERNMENT'S EXHIBIT LIST - 43
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

1         August 21, 2000, and made payable to Seattle Seahawks, signed by
          Bush

2

3         *Seattle Mariners Lease of Suite No. 48*

14021.    Mariners Invoice dated June 29, 2000, billing From the Heart
4         Foundation, Attn: MM, 3377 Bethel Road SE, Suite 107 #260, for
          2001 lease of Suite 48, showing $135,679 due and owing

5

6         14022.    Mariners Invoice dated June 20, 2001, billing From the Heart
          Foundation, Attn: MM, 3377 Bethel Road SE, Suite 107 #260, for
          2002 lease of Suite 48, showing $143,006 due and owing

7

8         14023.    Mariners Invoice dated July 2, 2002, billing HMS, Attn: Nolon
          Bush, 3377 Bethel Road S.E. #107-260, for 2003 lease of Suite 48,
          showing $148,154 due and owing

9

10        14024.    Four checks, no. 2075, 2146, and 2219, and 2218, written on US
          Bank account #XXXX7510 opened in the name of Cornerstone
          Institute, and made payable to Seattle Mariners, for $50,000.00,

11        $20,835.00, and $135,679.00, $140,000.00 , respectively, all signed
          by Bush.

12

13        14025.    Superior Court of the State of Washington for King County
          Judgement Against Defendants C. Nolan Bush and MM on behalf of
          The Baseball Club of Seattle, L.P.

14

15        *Personal Investments*

14026.    Accredited Investor Series B Convertible Preferred stock
16        Subscription Agreement for Tully's Coffee stock, representing
          purchase of 100,000 shares for $250,000, by From the Heart

17        Foundation, dated November 13, 2000

18    XV.  HMS; GDFS; and CI "Investment Opportunities"

19        *IFR Trust - Wilcoxson*

20        15001.    Photograph of Wilcoxson front of residence during search on August
          13, 1999

21

22        15002.    Photograph of Wilcoxson residence desk and work area during
          search on     August 13, 1999

23        15003.    Photograph of Wilcoxson residence hutch showing paperwork
          during search on August 13, 1999

24

25        15004.    Photograph of Wilcoxson residence fax machine showing paperwork
          during search on August 13, 1999

26        15005.    Copy of IFR Trust Investment Offering Documents

27        15006.    Letter from Larry Wilcoxson, to Investors, dated August 15, 1999,
          stating that his residence had been searched and investigation

28        initiated

GOVERNMENT'S EXHIBIT LIST - 44
(BUSH, CR06-5504RBL)

| | | |
|---|---|---|
| 1 | 15007. | Letter from Larry Wilcoxson, to Investors, dated October 4, 1999, stating that he was arrested on August 20, 1999, in his hotel room in Miami |

*Mintus Inc. - Mintus*

15008.    Photo of search of St. Regis Hotel on August 26, 1999, showing entry of room  no. 716

15009.    Photo of search of St. Regis Hotel on August 26, 1999, showing work area

15010.    Photo of search of St. Regis Hotel on August 26, 1999, showing work area

15011.    Certified Judgment in a Criminal Case, dated May 2, 2003, for conviction of Carolyn A. Mintus

XVI.  Financial Record Summary Charts and Bank Records Supporting Charts

16001.    Total Deposits into Accounts

16002.    Use of Investor and Other Funds

16003.    Placements

16004.    Other Participants

16005.    Charles Nolon Bush and MM

16006.    Sources and Uses Summary Chart

16007.    Spreadsheets A-CC

XVII. Telephone Summary Charts and Records Supporting Charts

17001.    Summary of BUSH telephone calls to Investor Witnesses from telephone numbers (206) 890-6931, (360) 769-2770, (360) 871-6634, and (360) 649-5530

17002.    Summary of BUSH telephone calls to Financial Planners from telephone numbers (206) 890-6931 and (360) 769-2770, and (360) 649-5530; and (360) 434-2784, and (206) 824-4460 between January 21, 1999, and July 14, 2002

17003.    Summary of BUSH telephone calls to Grant & Associates and GDFS in Nevis from telephone numbers (206) 890-6931 and (360) 769-2770, and (360) 434-6634, (360) 871-6499 and (360) 871-3812, between June 11, 1999, and January 9, 2002

17004.    Summary of BUSH telephone calls to CM and MC from telephone numbers (206) 890-6931; (360) 769-2770, and (360) 871-3812, between June 24, 1999 and November 3, 2000

XVIII.  Miscellaneous Records

18001.    TECS printout showing travel to Paris on July 15, 2002

GOVERNMENT'S EXHIBIT LIST - 45
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

18002.    IRS Certificates of Lack of Filing, for tax years 1998 through 2001

18003.    TNT article dated March 25, 1989, regarding Exxon Valdez oil spill

18004.    Photograph of jacket bearing FTHF logo, given to JL

18005.    Timeline


DATED this 24th day of October, 2008.


                                        JEFFREY C. SULLIVAN
                                        United States Attorney


                                        s/Arlen R. Storm
                                        ARLEN R. STORM
                                        Assistant United States Attorney
                                        1201 Pacific Avenue, Suite 700
                                        Tacoma, Washington 98402
                                        Telephone: (253) 428-3800
                                        Facsimile: (253) 428-3826
                                        E-mail: arlen.storm@usdoj.gov


                                        s/Tyler Letey
                                        TYLER LETEY
                                        Special Assistant United States Attorney
                                        150 Israel Road Southwest
                                        Tumwater, Washington 98501
                                        Telephone: (360) 902-8823
                                        Facsimile: (360) 902-0524
                                        Email: tletey@dfi.wa.gov

GOVERNMENT'S EXHIBIT LIST - 46
(BUSH, CR06-5504RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800ff

1

<u>CERTIFICATE OF SERVICE</u>

2

3    I hereby certify that on October 24, 2008, I electronically filed the foregoing with the

4    Clerk of Court using the CM/ECF system which will send notification of such filing  to

5    the attorney of record for the defendant.

6                                                s/Jeanne Farnea_____
                                                 Jeanne Farnea
7                                                Legal Assistant
                                                 United States Attorney's Office
8                                                1201 Pacific Avenue, Suite 700
                                                 Tacoma, Washington 98402
9                                                Phone: 253-428-3803
                                                 FAX:  253-428-3826
10                                               E-mail: Jeanne.Farnea@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVERNMENT'S EXHIBIT LIST - 47
(BUSH, CR06-5504RBL)