Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>CHARLES NOLON BUSH, 　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　　)<br>　　　　　　　　　　　　　　　　) | No. CR06-5504RBL<br><br>GOVERNMENT'S SENTENCING<br>MEMORANDUM |

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, Arlen R. Storm, Assistant United States Attorney for said District, and Tyler Letey, Special Assistant United States Attorney for said District, hereby submits its Sentencing Memorandum in the above-entitled case.

I. BACKGROUND

> We have heard this - or something just like it - so often that it has become the recurring fable of the bust.
>
> * * *
>
> It is the now-cliched litany of excess and indulgence, leavened with a few lordly footnotes of charity and good works as if the biggest crooks of our time really did have it all - more pilfered riches than Croesus and the grateful respect of the little people for their generosity as well. Rich and beloved. Who could ask for more?
>
> It's the repulsive tale of our time, told, it seems, with an infinite cast.

New York Times, page 18, March 1, 2009. While these words were written regarding an allegation that another individual, P.G., had engaged in investment fraud, they just as

GOVERNMENT'S SENTENCING
MEMORANDUM/BUSH (CR06-5504RBL) - 1

easily could have been written as an introduction to or summary of the facts presented during the trial of Charles Nolon Bush.

During the early 1990's, Bush moved from Houston, Texas, to Washington State. While living in Washington, Bush met his subsequent live-in partner, M.M. Throughout the 1990's, Bush and M.M. engaged in one failed multi-level marketing scheme after another.

Along the way, Bush became involved with Global Prosperity, a promoter of tax evasion education, as well as other schemes. Around the time that he got involved in Global Prosperity, Bush started a classic "Ponzi" scheme. Between December 1998, and January 2002, Bush - conducting business from three countries and two states; through several entities, including, "Hulaman Management Services" ("HMS"), "Global Dominion Financial Services" ("GDFS"), and "Cornerstone Institute" ("CI"); and in the names of various charities - defrauded more than 400 individuals of an amount in excess of $35,000,000 by promoting non-existent mid-term notes and a defunct luxury resort in Mexico.

Bush fraudulently informed investors that while they were guaranteed an annual return of 8% or 9%, there was a high probability that they actually would earn a 25% dividend every "trading period" - which, at various times, he represented were either four weeks or six weeks in duration. Bush informed investors that their investments were virtually risk-free. He repeatedly told investors, for example, that their principal investments would "never leave the bank."

Contrary to Bush's assertion that he would invest investors' investments and that they would never leave the bank, Bush placed only approximately one-third - approximately $12,000,000 - in any kind of arguable investment. Bush diverted the remaining two-thirds of the investors' funds to other purposes.

In order to create the false impression that he was receiving profits from investments, Bush used nearly $9,000,000 of the principal investments of some investors

GOVERNMENT'S SENTENCING
MEMORANDUM/BUSH (CR06-5504RBL) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

to pay "dividends" to other investors.[1] Bush spent the remaining $14,000,000 he received from investors as he pleased.

Among other things, Bush used investors' savings, inheritances, life insurance policies, home equity accumulations, and 401k accounts to fund his extraordinarily extravagant lifestyle. Bush purchased, among many other luxuries, stays at villas for $3,000 per night; View Park Golf Estate (on which he made a down payment of $300,000); a $1,600,000 remodel of View Park Golf Estate (one extravagance, among many, included a $400 gold shower drain), a condominium in Hendersonville, Tennessee, for Bush's second wife (on which he made a down payment of $80,000); a luxury suite at Safeco Field for $125,000 per year; a Harley Davidson motorcycle for $24,000; a Cadillac and Dodge Durango for $24,952 and $37,993, respectively; a luxury suite at Qwest Field for $67,760; a personal investment in Tully's Coffee stock for $250,000; original artwork (including, among other items, a bronze statue called "Morning Glory," for $11,397; a bronze statue called "Blue Heron," for $6,397; bronze statues called "Cave of Horses," and "Thunder Ridge," for a total of $12,397; a bronze statue called "Promises to Keep," for $3,990; and a bronze statue called "Aviator," for $4,465); a guard dog named Cora for $3,000, and "debugging" services offered by R.C. of Domestic International Consultants for $40,000.

## II. GUIDELINE CALCULATIONS

The government agrees with the PSR that Bush's offense level is 45, his criminal history category is I, that the resulting applicable guideline range is life, and that the maximum sentence the Court may impose is 380 years' imprisonment.

## III. RECOMMENDATION

The government concurs with the PSR recommendation of 30 years' imprisonment, a term of three years of supervised release, and restitution in the amount

---

[1] Contrary to Bush's assertions, however, the HMS, GDFS, and CI investment scheme did not work and was not profitable.

GOVERNMENT'S SENTENCING
MEMORANDUM/BUSH (CR06-5504RBL) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 of $30,097,659.40.[2] The government makes its recommendation considering the
2 seriousness of the offense, the need to promote respect for the law, and to provide just
3 punishment for the offense, pursuant to 18 U.S.C. § 3553(a).

4       In attempting to discern the seriousness of the offense and Bush's degree of
5 culpability in it, consideration may be given to the harm Bush inflicted, the effort he put
6 into causing that harm, as well as the callousness he expressed by his actions.  Here - as
7 reflected both by the significant number of investors he defrauded, more than 400, as
8 well as the vast amount of money he took from them, in excess of $35,000,000 - Bush
9 inflicted tremendous harm.  These figures, moreover, measure only harm that can be
10 quantified.  They do not even start to take into account the many ways in which his
11 victims' lives will be forever changed as a result of Bush's conduct.  Nor do they reflect
12 the harm Bush has caused to members of the public, at large, who, as a result of this
13 offense and offenses like it, have lost faith and trust in the financial services industry.

14       Commensurate with the tremendous harm he inflicted, is the degree of
15 sophistication and sheer determination that Bush brought to the table in inflicting that
16 harm.  Bush employed a large and professional staff; used the mail and internet to send
17 and post monthly account statements; conducted the scheme from a waterfront estate and
18 luxury suite at Safeco Field, in order to deceive investors regarding his success; and
19 conducted the scheme in the names of charities, in order to further deceive investors
20 regarding his goodwill.  When law enforcement got too close, Bush changed the subject
21 of the promotion from mid-term notes to a luxury resort in Mexico, and moved the
22 scheme offshore to Nevis and to a law office located in Coronado, California.
23 Additionally, to avoid apprehension, Bush used the services of Domestic International to
24 debug his car, residence, and lawyer's office.  When he failed to pay investors promised

---

[2] The government will present the Court with a spreadsheet listing the victims' names at the time of sentencing.  While the loss is in excess of $35,000,000, the government is not seeking restitution for those investors who were made whole or even made money from the scheme.  In addition, the government has been unable to discern the identities of some investors.

GOVERNMENT'S SENTENCING
MEMORANDUM/BUSH (CR06-5504RBL) - 4

1  dividends, moreover, Bush convinced them not to report him to the authorities by
2  promising to pay them even larger non-existent future dividends.
3      Finally, the callousness Bush expressed actually may exceed both the harm Bush
4  caused and the effort he put into the scheme. Every time Bush leased a $3,000 per night
5  villa in Nevis, bought a luxury vehicle, or purchased an additional piece of art, he well
6  knew that at the other end of the money he spent were living, breathing investors who
7  may be required to spend the rest of their lives trying to recoup from the losses he
8  inflicted. Nevertheless, Bush proceeded with enthusiasm.
9      Considering the seriousness of the offense as reflected by the harm Bush caused,
10 the effort he put into causing that harm, and the callousness he expressed, the
11 government believes that a 30-year term of incarceration is warranted. The government
12 believes that this sentence is necessary both to promote respect for the law and to provide
13 just punishment for the offense Bush committed.
14     DATED this 17th day of March, 2009.
15                     Respectfully submitted,
16                     JEFFREY C. SULLIVAN
                        United States Attorney
17
                        s/ Arlen R. Storm
18                      ARLEN R. STORM
                        Assistant United States Attorney
19
20                      s/ Tyler Letey
                        TYLER LETEY
21                      Special Assistant United States Attorney
22
23
24
25
26
27
28

GOVERNMENT'S SENTENCING
MEMORANDUM/BUSH (CR06-5504RBL) - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2009, I electronically filed the foregoing Government's Sentencing Memorandum with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

s/ *Lisa Royack*
LISA ROYACK
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3813
Fax: (253) 428-3826
E-mail: Lisa.Royack@usdoj.gov

GOVERNMENT'S SENTENCING
MEMORANDUM/BUSH (CR06-5504RBL) - 6

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800