UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5504RBL |
| | ) | |
| Plaintiff, | ) | November 13, 2008 |
| | ) | Tacoma, WA |
| vs. | ) | 1:30 p.m. |
| | ) | |
| CHARLES NOLON BUSH, | ) | |
| | ) | |
| Defendant. | ) | |

---

TRANSCRIPT OF JURY VERDICT, DAY 10
BEFORE THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

---

**APPEARANCES:**

| | |
|---|---|
| For the Plaintiff: | MR. ARLEN STORM<br>United States Attorney<br>1201 Pacific Avenue, Suite 450<br>Tacoma, WA 98402 |
| For the Defendant: | MS. PAULA OLSON<br>Attorney at law<br>1145 Broadway, Suite 400<br>Tacoma, WA 98402 |
| Court Reporter: | TIA B. REIDT, CCR, RPR<br>3641 N. Pearl, Unit D<br>Tacoma, WA 98407 |

(Proceedings recorded by mechanical stenography; transcript produced with aid of computer)

```
 1    (Defendant present)
 2              MADAM CLERK:  All rise.  United States District Court
 3    is now in session, the Honorable Ronald B. Leighton presiding.
 4              THE COURT:  Please be seated.
 5         The jury has informed us that they have reached a verdict.
 6    The procedure will be as follows:
 7         Ms. Boring will bring the jury in.  We'll identify the
 8    juror carrying the paperwork and assume that that's the
 9    foreperson.  I'll ask whether a verdict has been reached.
10    Assuming the answer is yes, we'll collect the paperwork.  I'll
11    look at the verdict to see whether or not it is internally
12    consistent.  If it is internally consistent, I will read the
13    verdict.  Once I have completed the reading of the verdict, I
14    will then poll the jury.  I'll ask each juror whether it is
15    their verdict and whether it is the verdict of the entire panel.
16    At that time I will discharge the jury.
17         I usually go back and talk to them for just a moment and
18    ask them questions basically about the care and ^feeding of
19    jurors, how we treat them and whether or not there are things
20    short of firing Ms. Boring that we can do to make life better
21    for them.  This time I'll be very brief with it because we do
22    have another case ready and the jury is -- we've got the other
23    jury down in the jury assembly room.
24         But that's the way we'll proceed.  Any questions or
25    comments?
```

1         MR. STORM:  No.
2         MS. OLSON:  No.
3         THE COURT:  You're both seasoned, so you know how this
4    works.
5         So Ms. Boring, if you'll bring the jury in.
6         (Jury enters.)
7         THE COURT:  All right.  Please be seated.
8         Did I miss -- is somebody carrying paperwork?  Who is the
9    foreperson?
10        JUROR YACKLEY:  (Indicates.)
11        THE COURT:  Oh, right.  Ms. Yackley, you're the
12   foreperson of the jury; is that correct?
13        JUROR YACKLEY:  Yes, I am.
14        THE COURT:  And has the jury reached a verdict?
15        JUROR YACKLEY:  We have.
16        THE COURT:  All right.  If you would hand the verdict
17   form to Ms. Boring, please.
18        JUROR YACKLEY:  (Complies.)
19        THE COURT:  Thank you.
20        All right.  The verdict form is internally consistent, and
21   I will read the verdict form at this time.
22        We the jury, as to the following counts charged in the
23   indictment against Charles Nolon Bush:
24        Count 1, securities fraud:  Sale of a security to S.R. in
25   the form of a $40,000 investment in Cabo San Quintin; guilty.

```
 1         Count 2, wire fraud:  Wire transfer of $8,000 from the
 2   account of G.M. at Woodstone Credit Union, Federal Way,
 3   Washington; guilty.
 4         Count 3, January 6th, wire fraud:  Wire transfer of $1,350
 5   from the account of D.F. at US Bank, Everett, Washington, to an
 6   account opened in the name of Global Dominion Financial
 7   Services; guilty.
 8         Count 4, wire fraud:  Wire transfer of $21,000 from the
 9   account of G.M. at Woodstone Credit Union, Federal Way,
10   Washington, to an account opened in the name of Global Funding
11   at Bank Crozier; guilty.
12         Count 5, wire fraud:  Wire transfer of $1,375 from the
13   account of R.D. at Pacific Northwest Bank, Gig Harbor, to an
14   account opened in the name of Global Dominion Financial
15   Services; guilty.
16         Count 6, wire fraud:  Wire transfer of $25,092 from the
17   account of R.D. in Pacific Northwest Bank, Gig Harbor,
18   Washington, to an account opened in the name of Global Dominion
19   Financial Services; guilty.
20         Count 7, wire fraud:  Wire transfer of $20,000 from the
21   account of J.A. at Wells Fargo Bank, Seattle, Washington, to an
22   account opened in the name of Global Funding; guilty.
23         Count 8, wire fraud:  E-mail news letter from financial
24   planner L.W. in Bremerton, Washington, to D.H. in Salida,
25   Colorado; not guilty.
```

1   Count 9, wire fraud:  E-mail newsletter from financial
2   planner L.W. in Bremerton, Washington, to D.H. in Salida,
3   Colorado; not guilty.
4   Count 10, wire fraud:  E-mail newsletter from financial
5   planner L.W. in Bremerton, Washington, to D.H. in Salida,
6   Colorado; not guilty.
7   Count 11, wire fraud:  E-mail newsletter from financial
8   planner L.W. in Bremerton, Washington, to D.H. in Salida,
9   Colorado; not guilty.
10  Count 12, wire fraud:  Wire transfer of $25,000 from the
11  account of D.F. at Bank of Cascade, Prineville, Oregon, to an
12  account opened in the name or Cornerstone Institute Escrow
13  Account; guilty.
14  Count 13, wire fraud:  Wire transfer of $20,000 from the
15  account of D.F. at Bank of Cascade, Prineville, Oregon, to an
16  account opened in the name of Cornerstone Institute Escrow
17  Account; guilty.
18  Count 14, wire fraud:  E-mail newsletter from financial
19  planner L.W. in Bremerton, Washington, to D.H. in Salida,
20  Colorado; not guilty.
21  Count 15, mail fraud:  Global Dominion Financial Services
22  application packet sent by R.D. from Gig Harbor, Washington, to
23  Global Dominion Financial Services, Charleston, Nevis; guilty.
24  Count 16, mail fraud:  Hulaman Trust Credit Union
25  Certificate Account sent by Global Dominion Financial Services

1  from San Diego, to G.M., Federal Way, Washington; guilty.
2         Count 17, mail fraud:  Letter notifying D.F. that an online
3  bank account had been established for D.F. into which Global
4  Dominion Financial Services profits would be deposited, sent by
5  Global Dominion Financial Services from San Diego to D.F. in
6  Everett, Washington; guilty.
7         Count 18, unlawful monetary transaction:  Wire transfer of
8  $300,000 from an account opened in the name of Global Dominion
9  Financial Services to an account opened in the name of Hulaman
10 Management Services; guilty.
11        Count 19, unlawful monetary transaction:  Wire transfer of
12 $200,000 from an account opened in the name of Global Dominion
13 to an account opened in the name of Hulaman Management Services;
14 guilty.
15        Count 20, unlawful monetary transaction:  Wire transfer of
16 $200,000 from an account opened in the name of Global Dominion
17 Financial Services to an account opened in the name of Hulaman
18 Management Services Escrow Account; guilty.
19        Count 21, unlawful monetary transaction:  Wire transfer of
20 $250,000 from an account opened in the name of Global Dominion
21 Investment at Bank Crozier to an account opened in the name of
22 Hulaman Management Services; guilty.
23        Count 22, unlawful monetary transaction:  Wire transfer of
24 $175,000 from an account opened in the name The Heart Foundation
25 at Bank Crozier to an account opened in the name of From The

1    Heart Foundation at U.S. Bank; guilty.
2         Count 23, unlawful monetary transaction:  Wire transfer of
3    $100,000 from an account opened in the name of Global Dominion
4    Trust Services at Bank Crozier to an account opened in the name
5    of From The Heart Foundation at U.S. Bank; guilty.
6         Count 24, unlawful monetary transaction:  Wire transfer of
7    $250,000 from an account opened in the name of Global Dominion
8    to an account opened in the name of Hulaman Management Services;
9    guilty.
10        Count 25, unlawful monetary transaction:  Wire transfer of
11   $300,000 from an account opened in the name of Global Dominion
12   Investment to an account opened in the name of Hulaman
13   Management Services Escrow Account at U.S. Bank; guilty.
14        Count 26, unlawful monetary transaction:  Wire transfer of
15   $200,000 from an account opened in the name of Global Dominion
16   Investment at Bank Crozier to an account opened in the name of
17   Hulaman Management Services Escrow; guilty.
18        Count 27, unlawful monetary transaction:  Wire transfer of
19   $50,000 from an account opened in the name of Global Dominion
20   Investment at Bank Crozier to an account opened in the name of
21   From The Heart Foundation at U.S. Bank; guilty.
22        Count 28, unlawful monetary transaction:  Wire transfer of
23   $35,569.27 from an account opened in the name of Global Dominion
24   Investment to an account opened in the name of From the Heart
25   Foundation at U.S. Bank, Seattle; guilty.

1       Count 29, unlawful monetary transaction:  Wire transfer of
2  $150,000 from an account opened in the name of Global Dominion
3  Investment at Bank Crozier to an account opened in the name of
4  Hulaman Management Services Escrow Account; guilty.
5       Count 30, unlawful monetary transaction:  Wire transfer of
6  $120,000 from an account opened in the name of Global Dominion
7  Investment at Bank Crozier to an account opened in the name of
8  From the Heart Foundation; guilty.
9       Count 31, unlawful monetary transaction:  Wire transfer of
10 $100,000 from an account opened in the name of Global Dominion
11 Investment at Bank Crozier to an account opened in the name of
12 Cornerstone Institute Escrow; guilty.
13      Count 32, unlawful monetary transaction:  Wire transfer of
14 $50,000 from an account opened in the name of Global Dominion
15 Investment at Bank Crozier to an account opened in the name of
16 Cornerstone Institute at U.S. Bank; guilty.
17      Dated this 13th day of November, signed Jean Yackley,
18 foreperson.
19      Now I'm going poll the jury.
20      Ms. Anderson, is this your verdict?
21          MS. ANDERSON:  Yes.
22          THE COURT:  And is it the verdict of the entire panel?
23          MS. ANDERSON:  Yes.
24          THE COURT:  Ms. Leslie, is this your verdict?
25          MS. LESLIE:  Yes.

```
 1          THE COURT:  And is it the verdict of the entire panel?
 2          MS. LESLIE:  Yes.
 3          THE COURT:  Ms. Yackley, is this your verdict?
 4          MS. YACKLEY:  Yes.
 5          THE COURT:  And is it the verdict of the entire panel?
 6          MS. YACKLEY:  Yes.
 7          THE COURT:  Ms. Mulqueeny, is this your verdict?
 8          MS. MULQUEENY:  Yes.
 9          THE COURT:  And is it the verdict of the entire panel?
10          MS. MULQUEENY:  Yes.
11          THE COURT:  Ms. Irish, is this your verdict?
12          MS. IRISH:  Yes.
13          THE COURT:  And is it the verdict of the entire panel?
14          MS. IRISH:  Yes.
15          THE COURT:  Ms. McElwee, is this your verdict?
16          MS. MCELWEE:  Yes.
17          THE COURT:  And is it the verdict of the entire panel?
18          MS. MCELWEE:  Yes.
19          THE COURT:  Mr. Piccolotto, is this your verdict?
20          MR. PICCOLOTTO:  Yes.
21          THE COURT:  And is it the verdict of the entire panel?
22          MR. PICCOLOTTO:  Yes.
23          THE COURT:  Mr. Ayers, is this your verdict?
24          MR. AYERS:  Yes, it is.
25          THE COURT:  And is it the verdict of the entire panel?
```

1    MR. AYERS:  It is.
2    THE COURT:  Ms. Britton, is this your verdict?
3    MS. BRITTON:  Yes.
4    THE COURT:  And is it the verdict of the entire panel?
5    MS. BRITTON:  Yes.
6    THE COURT:  Mr. Contris, is this your verdict?
7    MR. CONTRIS:  Yes.
8    THE COURT:  Is it the verdict of the entire panel?
9    MR. CONTRIS:  Yes, it is.
10   THE COURT:  Mr. Kulisich, is this your verdict?
11   MR. KULISICH:  Yes.
12   THE COURT:  And is it the verdict of the entire panel?
13   MR. KULISICH:  Yes.
14   THE COURT:  And Mr. Patterson, is this your verdict?
15   MR. PATTERSON:  Yes.
16   THE COURT:  And is it the verdict of the entire panel?
17   MR. PATTERSON:  Yes.
18   THE COURT:  Ladies and gentlemen, I'm going to
19   discharge you now from your service as jurors in this matter.
20   You have served with distinction, you have paid attention, and
21   your service is greatly appreciated.  It is never easy to sit
22   ^in judgment on anyone, and you have done your duty here and you
23   have the thanks of the Court and the entire Court family for
24   your service.
25       You are now free to talk to others about your jury service.

```
 1    The only thing I will ask is that when talking about your
 2    deliberations, remember that the comments made by your fellow
 3    jurors were made with the assumption that their comments would
 4    be kept confidential, so treat their comments with the degree of
 5    solemnity that they deserve.
 6          No one will be contacting you in the 9th Circuit.  We feel
 7    like we have intruded on your time enough.  The lawyers are
 8    instructed that they're not to contact you.  That does not mean
 9    you're not free to talk to them if you want to, but no one will
10    be contacting you to ask about how things could have been
11    different or how they could have done something different and so
12    forth.  You're free to talk to anybody you want to talk to,
13    however, but they will not initiate such contact.
14          It is my practice usually to come in and thank you
15    individually and to ask you questions about jury service and
16    whether or not there are any things that we can do here at the
17    Federal Courthouse to make the life of a juror easier.  I'll be
18    in in probably just a matter of a couple minutes.  You don't
19    have to stick around.  Our time will be relatively brief because
20    we have another jury waiting to use your jury room and another
21    trial that's in progress.  But you are now discharged with the
22    Court's thanks.
23          You may return to the jury room.
24          (Jury exits.)
25              THE COURT:  All right.  Please be seated.
```

1       I have an order regarding sentencing procedure with a
2  scheduled sentencing for February 6th, 2009, at 2:30 p.m.
3       Is that a time convenient to counsel?
4            MS. OLSON:  It is, Your Honor.
5            MR. STORM:  It is, Your Honor.
6            THE COURT:  I am signing.  All right.
7       And Mr. Bush, at some time between now and February 6th,
8  someone from the probation office will interview you.  You will
9  be expected to give your full cooperation to that individual and
10 answer their questions.  They'll make a report to the Court.
11 And in addition, the Court will consider whatever is submitted
12 on your behalf through Ms. Olson as well as whatever is
13 submitted by the government through Mr. Storm or Mr. Letty
14 [phonetic].
15      Mr. Bush is remanded to the custody of marshals to be
16 returned here on February 6th, 2009, at 2:30, at which time
17 sentence will be imposed.
18      Anything further in this matter?
19           MS. OLSON:  No, Your Honor.
20           MR. STORM:  No, Your Honor.
21           THE COURT:  Court will be at recess.
22           (End of proceedings.)
23
24
25

```
 1                    C E R T I F I C A T E
 2   STATE OF WASHINGTON)
                       ) ss
 3   County of Pierce  )

 4       I, the undersigned Notary Public in and for the State of

 5   Washington, do hereby certify:

 6       That the foregoing verbatim transcript of proceedings was

 7   transcribed under my direction; that the transcript is a full,

 8   true and complete transcript of the testimony of said witness,

 9   including all questions, answers, objections, motions and

10   exceptions;

11       That I am not a relative, employee, attorney or counsel of

12   any party to this action or relative or employee of any such

13   attorney or counsel, and that I am not financially interested in

14   the said action or the outcome thereof;

15       That I am herewith securely sealing digitally signing this

16   transcript and delivering the same to the Clerk of the Court via

17   electronic filing.

18       IN WITNESS WHEREOF, I have hereunto set my hand and affixed

19   my official seal this 11th day of May, 2009.

20
                              /S/ Tia B. Reidt
21                          Notary Public in and for the State
                             of Washington, residing at Auburn.
22

23

24

25
```