UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES NOLON BUSH, <br><br> Defendant. | CASE NO. CR06-5504 BHS <br><br> ORDER |

This matter is before the Court on Defendant Charles Bush's Motion for Early Termination of Supervised Release. Dkt. 178. The United States Probation Office filed a response asserting that it could not recommend early termination of supervision because of an active investigation of Bush's finances by Probation Officer Williams with the Southern District of Texas. Dkt. 180 at 2. The Government additionally opposes early termination of supervision. Dkt. 179. It points to the active investigation into Bush's finances, asserts that Bush has failed to comply with the conditions of his release thus far, and observes that this Court denied his previous motion for early termination of supervised release a little over a year ago. *Id*.

ORDER - 1

The Court finds that early termination of Bush's supervised release is not appropriate at this time. There have been no material changes in Bush's circumstances since he last motioned the Court for early termination of supervision in May of 2022. Dkt. 167. His move to Texas is insufficient grounds to warrant relief. The Court converted Bush's sentence of imprisonment to supervised release in 2021 in response to Bush's unique vulnerability to COVID-19. Dkt. 161. Bush has only served approximately two of the fifteen years of supervised release imposed on January 14, 2021. Dkt. 161 at 10. In that relatively short time the Office of Probation has filed two notices of noncompliance with the conditions of his release. Dkts. 165, 166. Furthermore, the active investigation into Bush's finances weighs heavily against terminating supervision.

Accordingly, it is hereby **ORDERED** that the Motion for Early Termination of Supervised Release, Dkt. 178, is **DENIED**.

Dated this 18th day of September, 2023.

BENJAMIN H. SETTLE
United States District Judge